Filing # 100976217 E-Filed 12/31/2019 12:40:02 PM

### IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
### IN AND FOR PINELLAS COUNTY, FLORIDA
### CIVIL DIVISION

KELLY MCMILLEN,
an individual,
                                    Case No.:

       Plaintiff,

v.

WELLS FARGO BANK, N.A.,
a national association,

       Defendant.

_____/

### VERIFIED COMPLAINT

**COMES NOW**, Plaintiff, KELLY MCMILLEN (hereinafter, "Plaintiff"), by and through the undersigned counsel, and hereby sues Defendant, WELLS FARGO BANK, N.A. (hereinafter, "Defendant"). In support thereof, Plaintiff states:

### INTRODUCTION AND PRELIMINARY STATEMENT

This is an action for damages brought by an individual consumer for Defendant's violations of the Florida Consumer Collection Practices Act, Chapter 559, Florida Statutes (hereinafter, the "FCCPA") and the Telephone Consumer Protection Act, 47 United States Code, Section 227 (hereinafter, the "TCPA"), wherein Defendant repeatedly communicated directly with Plaintiff in an attempt to collect consumer debts despite Defendant possessing actual knowledge of Plaintiff's legal counsel with respect to such debts as well as possessing said legal counsel's contact information. Defendant also repeatedly made telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system, predictive telephone dialing system, and/or an artificial or pre-recorded voice despite Defendant lacking Plaintiff's prior express consent to make such calls.

### JURISDICTION AND VENUE

1

1.      Jurisdiction and venue for purposes of this action are conferred by Florida Statutes, Section 559.77 and 47 United States Code, Section 227(b)(3).

2.      This is an action for damages that exceeds $15,000.00, exclusive of attorney's fees and costs.

3.      At all material times herein, Defendant's conduct, complained of below, occurs in Pinellas County, Florida.

4.      At all material times herein, Plaintiff is an individual residing in Pinellas County, Florida.

5.      At all material times herein, Defendant is a national association with its principal place of business located at 420 Montgomery Street, San Francisco, California 94163.

## FCCPA STATUTORY STRUCTURE

6.      The FCCPA is a state consumer protection statute, modeled after the Federal Fair Debt Collection Practices Act, 15 United States Code, Section 1692, a statute designed to prohibit unfair, deceptive, and abusive practices in the collection of consumer debts as well as to protect against the invasion of individual privacy. 15 U.S.C. §§ 1692(a) and (e); Fla. Stat. §§ 559.55 and 559.77(5).

7.      The FCCPA imposes civil liability on a creditor that "offers or extends credit creating a debt or to whom a debt is owed…" and prohibits any person from engaging in particular conduct in connection with collecting consumer debts. Fla. Stat. § 559.55(5).

8.      Specifically, the FCCPA prohibits unlawful debt collection "communications" with consumer debtors, which is defined as "the conveying of information regarding a debt *directly or indirectly* to any person *through any medium*." Fla. Stat. § 559.55(2) (emphasis added).

9.      For example, the FCCPA prohibits a person from collecting consumer debt by

2

communicating with the consumer in a manner that can be expected to harass or abuse the consumer debtor, and also prohibits a person from communicating directly with a consumer known to be represented by legal counsel in an attempt to collect consumer debt when such person possesses said legal counsel's contact information. *See* Fla. Stat. §§ 559.72(7) and (18).

## TCPA STATUTORY STRUCTURE

10.     Congress enacted the TCPA in an effort to restrict pervasive use of automated or prerecorded telephone calls that invade consumers' personal privacy. Pub L. 102-243, § 2, Dec. 20, 1991, 105 Sta. 2394 (1), (5), and (10).

11.     Congress intended to prevent automated or pre-recorded telephone calls as "the only effective means of protecting telephone consumers from this nuisance and privacy invasion." *Id.* at §§ (5) and (12).

12.     Under the TCPA, any person who initiates calls to any number assigned to a cellular telephone service using any automated telephone dialing system or artificial or prerecorded voice without the recipient's prior express consent is liable to the recipient for actual monetary loss, or up to $500.00 in damages for each violation of the TCPA, whichever is greater.  47 U.S.C. § 227(b)(3)(B).

13.     Under the TCPA, the court may increase the damage award up to three (3) times, or up to $1,500.00, for each willful or knowing violation of the TCPA. *Id* at § 227(b)(3)(C).

14.     Furthermore, the Restrictions on Use of Telephone Provision, 47, United States Code, Section 227(b)(1) prohibits any person:

> (A) To make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial prerecorded voice – (iii) to any telephone number assigned to a paging service, cellular telephone service, ... or any service for which the called party is charged for the call.

15.    Additionally, Plaintiff alleges that Defendant continued to call her cellular telephone using an automatic telephone dialing system (hereinafter, "ATDS"), a predictive telephone dialing system (hereinafter, "PTDS"), and/or an artificial or pre-recorded voice (hereinafter, "APV") in violation of the FCC Rule, 47 C.F.R. Section 64.1200(a)(1).

16.    One of the regulations prescribed under the TCPA is the Federal Communications Commission ("FCC")'s rule, 47 C.F.R Section 64.1200 ("FCC Rule"), that implements the TCPA. The FCC originally promulgated the FCC Rule in 1992, since which time it has subsequently been amended as telecommunications technology has changed.

17.    In its current state, the FCC Rule, 47 C.F.R. § 64.1200, provides, in relevant part, that:

> (a) No person or entity may:
>
> (1) Except as provided in paragraph (a)(2) of this section, initiate any telephone call (other than a call made for emergency purposes or is made with the prior express consent of the called party) using an automatic telephone dialing system or an artificial or prerecorded voice;
> . . .
>
> (iii) to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call.

## GENERAL ALLEGATIONS

18.    At all material times herein, Defendant is a "creditor" as defined by Florida Statutes, Section 559.55(5).

19.    At all material times herein, Plaintiff is a "debtor" or "consumer" as defined by Florida Statutes, Section 559.55(8).

20.    At all material times herein, Defendant attempts to collect debts, alleged balances

4

due on a consumer lines of credit, specifically, a Dillard's branded credit card referenced by account number ending in -2070 (hereinafter, "Dillard's Debt"), a Visa credit card referenced by account number ending in -2480 (hereinafter, "Visa Debt"), a personal installment loan account referenced by account number ending in -9440 and/or 0001 (hereinafter, "Installment Debt"), and an overdraft balance for a depository account referenced by account number ending in -6441 (hereinafter, "Deposit Account Debt") (hereinafter collectively, the "Debt").

21.     At all material times herein, the Debt is consumer debt, obligations resulting from transactions for goods or services and incurred primarily for personal, household, or family use.

22.     At all material times herein, Defendant is a "person" subject to Florida Statutes, Section 559.72. *See* Fla. Stat. §§ 559.55(5), (7); *Schauer v. General Motors Acceptance Corp.*, 819 So. 2d 809 (Fla. 4th DCA 2002).

23.     At all material times herein, Defendant's conduct with respect to the Debt complained of below qualifies as "communication" as defined by Florida Statutes, Section 559.55(2).

24.     At all material times herein, Defendant acted itself or through its agents, employees, officers, members, directors, successors, assigns, principals, trustees, sureties, subrogees, representatives, third-party vendors, and insurers.

25.     All necessary conditions precedent to the filing of this action occurred or Defendants waived or excused the same.

## FACTUAL ALLEGATIONS

26.     Defendant made telephone calls, as more specifically alleged below, to Plaintiff's cellular telephone number 727-XXX-5658 (hereinafter, "Cellular Telephone") using an automatic telephone dialing system (hereinafter, "ATDS"), a predictive telephone dialing system

(hereinafter, "PTDS"), and/or an artificial or pre-recorded voice (hereinafter, "APV").

27.     Plaintiff is the possessor, controller, and regular user of a cellular telephone with assigned telephone number 727-XXX-5658 (i.e., Plaintiff's Cellular Telephone).

28.     At no time herein did Defendant possess Plaintiff's prior express consent to call Plaintiff's Cellular Telephone using an ATDS, a PTDS, and/or an APV.

29.     Further, if Defendant contends it did possess such consent at one point in time, Plaintiff nonetheless repeatedly revoked any alleged prior existing consent each time Plaintiff demanded that Defendant cease calling Plaintiff's Cellular Telephone and repeatedly revoked any alleged prior express consent each time Plaintiff advised Defendant that she was represented by an attorney with respect to the Debt and provided Defendant with said attorney's contact information.

30.     Additionally, if Defendant contends the below-referenced phone calls were made for "informational purposes only," Defendant nevertheless lacked the required prior express written consent necessary to place such informational calls to Plaintiff's Cellular Telephone using an ATDS, a PTDS, and/or an APV.

31.     On or about September 9, 2019, Plaintiff retained Leavengood, Dauval & Boyle, P.A., d/b/a LeavenLaw (hereinafter, "Undersigned Counsel") with respect to her debts generally, including the Debt allegedly owed to Defendant.

32.     On or about September 30, 2019, Undersigned Counsel sent Defendant two (2) facsimile transmissions (i.e., faxes) and one (1) electronic mail transmission (i.e., e-mails) (hereinafter collectively, "First Notices of Representation"). Please see a true and correct copy of the First Notices of Representation and corresponding delivery confirmation sheets labeled as Exhibit "A."

6

33.     Defendant received the First Notices of Representation. *See* Ex. A.

34.     The First Notices of Representation provided Defendant with actual knowledge of Undersigned Counsel's representation of Plaintiff with respect to the Debt, provided Defendant with actual knowledge of Undersigned Counsel's contact information, and advised Defendant that any further communications regarding the Debt should be sent to Undersigned Counsel's office. *See* Ex. "A."

35.     Moreover, the First Notices of Representation explicitly revoked any purported prior express consent permitting Defendant to make telephone calls to Plaintiff's Cellular Telephone using ATDS, PTDS and/or APV. *See* Ex. "A."

36.     On or about September 30, 2019, Undersigned Counsel sent Defendant two (2) additional electronic mail transmissions (i.e., e-mails) and also sent a letter to Defendant via certified mail (hereinafter collectively, "Second Notices of Representation"). Please see a true and correct copy of the Second Notices of Representation and corresponding delivery confirmation sheets labeled as Exhibit "B."

37.     Defendant received the Second Notices of Representation. *See* Ex. B.

38.     The Second Notices of Representation *again* provided Defendant with actual knowledge of Undersigned Counsel's representation of Plaintiff with respect to the Debt, *again* provided Defendant with actual knowledge of Undersigned Counsel's contact information, and *again* advised Defendant that any further communications regarding the Debt should be sent to Undersigned Counsel's office. *See* Ex. "B."

39.     Moreover, the Second Notices of Representation *again* explicitly revoked any purported prior express consent permitting Defendant to make telephone calls to Plaintiff's Cellular Telephone using ATDS, PTDS and/or APV. *See* Ex. "B."

40.     On or about September 30, 2019, at approximately 4:54 p.m. ET, Defendant sent an e-mail to Undersigned Counsel in response to the Second Notices of Representation confirming receipt of the Second Notices of Representation.  Please see attached a true and correct copy of said e-mail labeled as Exhibit "C."

41.     On or about September 30, 2019, at approximately 4:56 p.m. ET, Defendant sent a second e-mail to Undersigned Counsel in response to the Second Notices of Representation confirming receipt of the Second Notices of Representation.  Please see attached a true and correct copy of said e-mail labeled as Exhibit "D."

42.     On or about October 1, 2019, Defendant sent a facsimile message to Undersigned Counsel, confirming that Defendant received the First Notices of Representation and/or the Second Notices of Representation, and demanding payment on the Installment Debt.  Please see attached a true and correct copy of said facsimile message labeled as Exhibit "E."

43.     On or about October 1, 2019, Defendant sent a letter directly to Undersigned Counsel's office confirming that Defendant received the First Notices of Representation and/or the Second Notices of Representation.  Please see attached a true and correct copy of said letter labeled as Exhibit "F."

44.     On or about October 1, 2019, Defendant sent a letter directly to Plaintiff confirming that Defendant received the First Notices of Representation and/or the Second Notices of Representation.  Please see attached a true and correct copy of said letter labeled as Exhibit "G."

45.     On or about October 1, 2019, Defendant sent an e-mail directly to Plaintiff advising that Plaintiff's depository account dropped below zero dollars ($0.00).  Please see attached a true and correct copy of said e-mail labeled as Exhibit "H."

46.     Despite Defendant possessing actual knowledge of Undersigned Counsel's legal

8

representation of Plaintiff with respect to the Debt and despite Defendant possessing Undersigned Counsel's contact information—and repeatedly verifying the same—Defendant continued to communicate directly with Plaintiff, as further detailed below, and made such communications in an attempt to collect the Debt directly from Plaintiff.

47. Moreover, Defendant made each of the below-referenced calls to Plaintiff's Cellular Telephone using an ATDS, PTDS and/or APV despite lacking Plaintiff's prior express consent to do so.

48. On or about October 1, 2019, Defendant called Plaintiff's Cellular Telephone *at least* two (2) times using an ATDS, PTDS, and/or APV.

49. Defendant made the immediately-aforementioned telephone calls from telephone number 855.515.5489 in an attempt to collect the Dillard's Debt directly from Plaintiff.

50. Following Defendant's calls on October 1, 2019, Defendant left messages using an artificial or pre-recorded voice requesting that Plaintiff return the call.

51. On or about October 2, 2019, Defendant called Plaintiff's Cellular Telephone *at least* two (2) times using an ATDS, PTDS, and/or APV.

52. Defendant made the immediately-aforementioned telephone calls from telephone number 855.515.5489 in an attempt to collect the Dillard's Debt directly from Plaintiff.

53. Following Defendant's calls on October 2, 2019, Defendant left messages using an artificial or pre-recorded voice requesting that Plaintiff return the call.

54. On or about October 3, 2019, Defendant sent a letter directly to Plaintiff confirming that Defendant received the First Notices of Representation and/or the Second Notices of Representation. Please see attached a true and correct copy of said letter labeled as Exhibit "I."

55. On or about October 3, 2019, Defendant called Plaintiff's Cellular Telephone *at*

9

*least* two (2) times using an ATDS, PTDS, and/or APV.

56.     Defendant made the immediately-aforementioned telephone calls from telephone number 855.515.5489 in an attempt to collect the Dillard's Debt directly from Plaintiff.

57.     Following Defendant's calls on October 3, 2019, Defendant left messages using an artificial or pre-recorded voice requesting that Plaintiff return the call.

58.     On or about October 4, 2019, Defendant sent a collection letter directly to Plaintiff in an attempt to collect the Visa Debt.  Please see attached a true and correct copy of said collection letter labeled as Exhibit "J."

59.     On or about October 3, 2019, Defendant called Plaintiff's Cellular Telephone *at least* two (2) times using an ATDS, PTDS, and/or APV.

60.     Defendant made the immediately-aforementioned telephone calls from telephone number 855.515.5489 in an attempt to collect the Dillard's Debt directly from Plaintiff.

61.     Following Defendant's calls on October 3, 2019, Defendant left messages using an artificial or pre-recorded voice requesting that Plaintiff return the call.

62.     On or about October 5, 2019, Defendant called Plaintiff's Cellular Telephone *at least* three (3) times using an ATDS, PTDS, and/or APV.

63.     Defendant made the immediately-aforementioned telephone calls from telephone number 855.515.5489 in an attempt to collect the Dillard's Debt directly from Plaintiff.

64.     Plaintiff answered at least one (1) of Defendant's calls on October 5, 2019, *again* advised Defendant that Plaintiff retained Undersigned Counsel with respect to the Debt, *again* provided Undersigned Counsel's contact information, and *again* demanded that Defendant cease communicating directly with Plaintiff regarding the Debt.

65.     On or about October 7, 2019, Undersigned Counsel, again sent Defendant two (2)

additional electronic mail transmissions (i.e., e-mails) and also sent another letter to Defendant via certified mail (hereinafter, "Third Notices of Representation"). Please see a true and correct copy of the Third Notices of Representation and corresponding delivery confirmation sheets labeled as Exhibit "K."

66. Defendant received the Third Notices of Representation. *See* Ex. K.

67. The Third Notices of Representation *again* provided Defendant with actual knowledge of Undersigned Counsel's representation of Plaintiff with respect to the Debt, *again* provided Defendant with actual knowledge of Undersigned Counsel's contact information, and *again* advised Defendant that any further communications regarding the Debt should be sent to Undersigned Counsel's office. *See* Ex. "K."

68. Moreover, the Third Notices of Representation *again* explicitly revoked any purported prior express consent permitting Defendant to make telephone calls to Plaintiff's Cellular Telephone using ATDS, PTDS and/or APV. *See* Ex. "K."

69. On or about October 7, 2019, Defendant sent a collection letter directly to Plaintiff in an attempt to collect the Dillard's Debt. Please see attached a true and correct copy of said collection letter labeled as Exhibit "L."

70. On or about October 8, 2019, Defendant sent an e-mail directly to Plaintiff in an attempt to collect the Visa Debt. Please see attached a true and correct copy of said e-mail labeled as Exhibit "M."

71. On or about October 16, 2019, Defendant sent an e-mail directly to Plaintiff in an attempt to collect the Deposit Account Debt. Please see attached a true and correct copy of said e-mail labeled as Exhibit "N."

72. On or about October 21, 2019, Defendant sent an e-mail directly to Plaintiff

advising that Plaintiff's depository account dropped below zero dollars ($0.00).   Please see attached a true and correct copy of said e-mail labeled as Exhibit "O."

73.     On or about October 22, 2019, Defendant sent an e-mail directly to Plaintiff advising that Plaintiff's depository account dropped below zero dollars ($0.00).   Please see attached a true and correct copy of said e-mail labeled as Exhibit "P."

74.     On or about October 22, 2019, Defendant sent an e-mail directly to Plaintiff in an attempt to collect the Deposit Account Debt.   Please see attached a true and correct copy of said e-mail labeled as Exhibit "Q."

75.     On or about October 22, 2019, Defendant sent a collection letter directly to Plaintiff in an attempt to collect the Visa Debt.   Please see attached a true and correct copy of said collection letter labeled as Exhibit "R."

76.     On or about October 22, 2019, Defendant sent a billing statement directly to Plaintiff in an attempt to collect the Visa Debt.   Please see attached a true and correct copy of said billing statement labeled as Exhibit "S."

77.     More specifically, Defendant's immediately-aforementioned billing statement included a message stating "PAST DUE…THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE." *See* Ex. S.

78.     On or about October 23, 2019, Defendant sent a collection letter directly to Plaintiff in an attempt to collect the Dillard's Debt.   Please see attached a true and correct copy of said collection letter labeled as Exhibit "T."

79.     On or about October 23, 2019, Defendant sent a billing statement directly to Plaintiff in an attempt to collect the Dillard's Debt.   Please see attached a true and correct copy of said billing statement labeled as Exhibit "U."

80.     More specifically, Defendant's immediately-aforementioned billing statement included a message stating "WE HAVE NOT RECEIVED YOUR PAYMENT...THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE." *See* Ex. U.

81.     On or about October 25, 2019, Defendant sent an e-mail directly to Plaintiff advising that Plaintiff's depository account dropped below zero dollars ($0.00).  Please see attached a true and correct copy of said e-mail labeled as Exhibit "V."

82.     On or about October 25, 2019, Defendant sent an e-mail directly to Plaintiff in an attempt to collect the Deposit Account Debt.  Please see attached a true and correct copy of said e-mail labeled as Exhibit "W."

83.     On or about November 1, 2019, Defendant sent an e-mail directly to Plaintiff advising that Plaintiff's depository account dropped below zero dollars ($0.00).  Please see attached a true and correct copy of said e-mail labeled as Exhibit "X."

84.     On or about November 1, 2019, Defendant sent an e-mail directly to Plaintiff in an attempt to collect the Deposit Account Debt.  Please see attached a true and correct copy of said e-mail labeled as Exhibit "Y."

85.     On or about November 7, 2019, Defendant sent a letter to Undersigned Counsel's office advising that Defendant closed the Visa Debt account as a result of an overdue balance. Please see attached a true and correct copy of said letter labeled as Exhibit "Z."

86.     On or about November 16, 2019, sent an e-mail directly to Plaintiff in an attempt to collect the Deposit Account Debt.  Please see attached a true and correct copy of said e-mail labeled as Exhibit "AA."

87.     As a direct result of Defendant's actions, Plaintiff suffered emotional distress,

anxiety, inconvenience, frustration, annoyance, and confusion, believing that retaining Undersigned Counsel with respect to the Debt and advising Defendant of the same was wholly ineffective, and that Defendant's frequent, repeated, and invasive Debt collection attempts would simply have to be endured or the Debt paid, despite seeking assistance to file for bankruptcy protection in the future.

88.    It is Defendant's corporate policy to use an ATDS, a PTDS and/or an APV when attempting to collect consumer debts, including the Debt (hereinafter, "Corporate Policy").

89.    Defendant employed its Corporate Policy of using an ATDS, a PTDS and/or an APV when Defendant made the telephone calls to Plaintiff's Cellular Telephone in this case.

90.    Defendant made the telephone calls to Plaintiff's Cellular Telephone with no effective way for Plaintiff to remove her Cellular Telephone number from Defendant's telephone dialing system.

91.    Defendant made calls, or caused calls to be made, to Plaintiff with no effective way for Defendant to remove Plaintiff's Cellular Telephone number from Defendant's telephone dialing system.

92.    Defendant's Corporate Policy provides no effective way for a consumer to effectively revoke any prior existing consent to be called by Defendant using an ATDS, PTDS and/or APV to make Defendant cease calling a cellular telephone.

93.    Defendant's Corporate Policy and procedures are structured as to continue to call individuals like Plaintiff using an ATDS, a PTDS, or an APV, regardless of how many times said individuals request that Defendant cease calling a cellular telephone regarding a debt allegedly owed to Defendant.

94.    Upon information and belief, Defendant engaged in a pattern and practice of

unlawful debt collection and invasion of privacy, repeatedly and willfully calling consumers' cellular telephones in an attempt to collect debts, using an ATDS, a PTDS and/or an APV despite lacking consumers' prior express consent to do so.

95.    Defendant willfully, knowingly, and repeatedly undertakes these practices to increase revenue and profitability at the direct expense of consumers' livelihoods and privacy.

96.    Plaintiff has not been able, due to both professional and personal commitments, as well as the continued and increasing stress associated with the continued barrage of Debt collection communications, to record the specifics (as done above) on each and every communication Defendant made to Plaintiff. Plaintiff asserts, however, that the above-referenced telephone calls, letters, billing statements, and e-mails are but a sub-set of the communications Defendant made in violation of the FCCPA and TCPA. Further, Defendant is in the best position to determine and ascertain the number and methodology of Debt collection communications made to Plaintiff.

97.    Plaintiff retained Undersigned Counsel for the purpose of pursuing this matter against Defendant, and Plaintiff is obligated to pay her attorneys a reasonable fee for their services.

98.    Despite having repeatedly advised Defendant of Undersigned Counsel's representation of Plaintiff with respect to the Debt, Defendant continues to attempt to collect the Debt directly from Plaintiff in violation of the FCCPA.

99.    Defendant's conduct, as described above, is a knowing, willful, and continuing violation of Plaintiff's rights, as enumerated under Florida state law.

100.    Given Defendant's conduct and its apparent intention and ability to continue to collect the Debt directly from Plaintiff in violation of said debt collection laws, Plaintiff has no adequate remedy at law.

101.    Florida Statutes, Section 559.77 provides for the award of $1,000.00 statutory

damages, actual damages, punitive damages, declaratory and injunctive relief, and an award of attorneys' fees and costs to Plaintiff, should Plaintiff prevail in this matter against Defendant.

102.    United States Code, Title 47, Section 227(b)(3) provides for the award of $500.00 or actual damages, whichever is greater, for each telephone call made by Defendant, directly or indirectly, using any ATDS or APV to Plaintiff's Cellular Telephone in violation of the TCPA or the regulations proscribed thereunder.

103.    Additionally, the TCPA, Section 227(b)(3) allows the trial court to increase the damages up to three times, or $1,500.00, for each telephone call made by Defendant, directly or indirectly, using any automatic telephone dialing system or an artificial or prerecorded voice to Plaintiff's Cellular Telephone in willful or knowing violation of the TCPA or the regulations proscribed thereunder.

104.    As of the date of this complaint, Defendant did not initiate a law suit in an effort to collect the Debt.  Likewise, no final judgment with respect to the Debt has been obtained by, or transferred to, Defendant.

**COUNT ONE:**
**UNLAWFUL DEBT COLLECTION PRACTICE –**
**VIOLATION OF FLORDA STATUTES, SECTION 559.72(7)**

Plaintiff re-alleges paragraphs one (1) through one hundred four (104) as if fully restated herein and further states as follows:

105.    Defendant is subject to, and violated the provisions of, Florida Statutes, Section 559.72(7) by collecting consumer Debt from Plaintiff through means which can reasonably be expected to abuse or harass Plaintiff.

106.    Specifically, Defendant possessed actual knowledge of Undersigned Counsel's legal representation of Plaintiff with respect to the Debt, possessed actual knowledge of

Undersigned Counsel's contact information, possessed actual knowledge that Plaintiff demanded that Defendant stop communicating directly with Plaintiff regarding the Debt and instead direct any such communications to Undersigned Counsel's office, and possessed actual knowledge that Plaintiff explicitly revoked any purported prior express consent permitting Defendant to make calls to Plaintiff's Cellular Telephone.

107.    More specifically, Defendant sent *at least* three (3) written communications addressed to Undersigned Counsel regarding Plaintiff and the Debt and sent *at least* two (2) written communications directly to Plaintiff acknowledging Defendant's receipt of the First Notices of Representation and/or Second Notices of Representation.

108.    Despite Defendant possessing the above-referenced knowledge, Defendant collectively made *at least* eleven (11) telephone calls to Plaintiff's Cellular Telephone using an ATDS, PTDS and/or APV in October 2019 in its attempts to collect the Debt directly from Plaintiff.

109.    Moreover, despite Defendant possessing the above-referenced knowledge, Defendant sent *at least* two (2) billing statements, *at least* four (4) collection letters, and *at least* six (6) e-mails directly to Plaintiff in an attempt to collect the Debt.

110.    Defendant's conduct served no purpose other than to annoy and harass Plaintiff into paying the Debt by continuing to impermissibly and unlawfully call Plaintiff's Cellular Telephone in an attempt to collect the Debt and by sending repeated written communications to Plaintiff requesting payment on the Debt—circumventing Undersigned Counsel's legal representation of Plaintiff with respect to the Debt—leading Plaintiff to believe that she simply must endure Defendant's repeated and invasive Debt collection communications or immediately make a payment to Defendant on the Debt.

17

111.    Defendant's willful, and flagrant violation of, *inter alia*, the Florida Consumer Collections Practices Act as a means to collect the Debt, constitutes unlawful conduct and harassment as is contemplated under Florida Statutes, Section 559.72(7).

112.    As a direct and proximate result of Defendant's actions, Plaintiff sustained damages as defined by Florida Statutes, Section 559.77.

**COUNT TWO:**
**UNLAWFUL DEBT COLLECTION PRACTICE –**
**VIOLATION OF FLORIDA STATUTES, SECTION 559.72(18)**

Plaintiff re-alleges paragraphs one (1) through one hundred four (104) as if fully restated herein and further states as follows:

113.    Defendant is subject to, and violated the provisions of, Florida Statutes, Section 559.72(18) by intentionally and repeatedly communicating directly with Plaintiff after Defendant received notice and possessed actual knowledge that Plaintiff retained Undersigned Counsel with respect to the Debt and after Defendant possessed Undersigned Counsel's contact information.

114.    Specifically, Plaintiffs provided Defendants with actual knowledge that Undersigned Counsel represented Plaintiffs with respect to the Debt and provided Defendants with Undersigned Counsel's contact information via the First Notices of Representation, the Second Notices of Representation, the Third Notices of Representation, and via Defendant's telephone conversations with Plaintiff.

115.    Importantly, Defendant sent *at least* three (3) written communications addressed to Undersigned Counsel regarding Plaintiff and the Debt and sent *at least* two (2) written communications directly to Plaintiff acknowledging Defendant's receipt of the First Notices of Representation and/or Second Notices of Representation.

116.     Despite Defendant possessing actual knowledge of Undersigned Counsel's representation of Plaintiff with respect to the Debt and Undersigned Counsel's contact information, Defendant subsequently made *at least* eleven (11) telephone calls to Plaintiff's Cellular Telephone, sent *at least* two (2) billing statements directly to Plaintiff, sent *at least* four (4) collection letters directly to Plaintiff, and sent *at least* six (6) e-mails directly to Plaintiff in its attempts to collect the Debt.

117.     As such, Defendant attempted to collect the Debt directly from Plaintiff, a known represented party, in violation of Florida Statutes, Section 559.72(18).

118.     As a direct and proximate result of Defendant's actions, Plaintiff sustained damages as defined by Florida Statutes, Section 559.77.

**COUNT THREE:**
**TELEPHONE CONSUMER PROTECTION ACT-**
**VIOLATION OF 47 UNITED STATES CODE, SECTION 227(b)(1)(A)**

Plaintiff re-alleges paragraphs one (1) through one hundred four (104) as if fully restated herein and further states as follows:

119.     Defendant is subject to, and violated the provisions of, 47 United States Code, Section 227 (b)(1)(A) by using an ATDS, PTDS and/or APV to make a telephone call to a number assigned to a cellular telephone service without Plaintiff's prior express consent.

120.     At no time herein did Defendant possess Plaintiff's prior express consent to call Plaintiff's Cellular Telephone using an ATDS, a PTDS and/or an APV.

121.     If Defendant contends it possessed such consent, Plaintiff revoked any such purported consent each and every time Plaintiff requested that Defendant cease calling Plaintiff regarding the Debt and revoked any such purported consent each and every time Plaintiff advised Defendant that she retained Undersigned Counsel as legal counsel with respect to the Debt and

provided Defendant with Undersigned Counsel's contact information.

122.    Additionally, if Defendant contends the referenced phone calls were made for "informational purposes only," it nevertheless lacked the required prior express consent necessary to make such informational calls to Plaintiff's Cellular Telephone using an ATDS, PTDS and/or APV.

123.    More specifically, after Plaintiff advised Defendant that Plaintiff retained Undersigned Counsel with respect to the Debt, asked that Defendant stop calling Plaintiff regarding the Debt, and asked that Defendant direct any communications regarding the Debt to Undersigned Counsel's office, Defendant subsequently made *at least* eleven (11) calls to Plaintiff's Cellular Telephone using an ATDS, PTDS and/or APV.

124.    The telephone calls made by Defendant complained of herein are the result of a repeated willful and knowing violation of the TCPA.

125.    As a direct and proximate result of Defendant's conduct, Plaintiff suffered:

a.      The periodic loss of her Cellular Telephone service and the cost associated therewith;

b.      Lost material costs associated with the use of peak time minutes allotted under her Cellular Telephone service contract; and

c.      Stress, anxiety, loss of sleep, invasion of privacy, and deterioration of relationships, both personal and professional, as a result of the repeated willful and knowing calls placed in violation of the TCPA.

**PRAYER FOR RELIEF**

**WHEREFORE**, as a direct and proximate result of Defendant's conduct, Plaintiff respectfully requests an entry of:

a.   Judgment against Defendant declaring that Defendant violated the FCCPA;

b.   Judgment against Defendant for maximum statutory damages for violations of the FCCPA;

c.   Judgment providing injunctive relief, prohibiting Defendant from further engaging in conduct that violates the FCCPA and TCPA;

d.   Judgment against Defendant for statutory damages in the amount of $500.00 for each of Defendant's telephone calls that violated the TCPA;

e.   Judgment against Defendant for treble damages in the amount of an additional $1,000.00 for each telephone call that violated the TCPA for which Defendant acted knowingly and/or willfully;

f.   Actual damages in an amount to be determined at trial;

g.   An award of attorneys' fees and costs; and

h.   Any other such relief the Court may deem proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues triable by right.

## SPOLIATION NOTICE AND DEMAND TO RETAIN EVIDENCE

Plaintiff hereby gives notice to Defendant and demands that Defendant and its affiliates safeguard all relevant evidence—paper, electronic documents, or data—pertaining to this litigation as required by law.

Respectfully submitted,

**LEAVENLAW**

*/s/ Ian R. Leavengood*
**[X] Ian R. Leavengood, Esq., FBN 0010167**
**☐ Kelly C. Burke, Esq., FBN 0123506**
Northeast Professional Center
3900 First Street North, Suite 100

St. Petersburg, FL 33703
Phone: (727) 327-3328
Fax: (727) 327-3305
consumerservice@leavenlaw.com
kburke@leavenlaw.com
*Attorneys for Plaintiff*

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF FLORIDA                 )
                                 )
COUNTY OF _____        )

Plaintiff KELLY MCMILLEN, having first been duly sworn and upon oath, deposes and says as follows:

1. I am a Plaintiff in this civil proceeding.

2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.

4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5. I have filed this civil Complaint in good faith and solely for the purposes set forth in it.

6. Each and every exhibit which has been attached to this Complaint, if any, is a true and correct copy of the original.

7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified, or fabricated any exhibits, except that some of the attached exhibits, if any, may contain some of my own handwritten notations.

Kelly McMillen

Subscribed and sworn to before me
this _6th_ day of _Dec_ , 2019.

Notary Public

My Commission Expires:

Proof of I.D.: _F L D L_

Notary Public State of Florida
Marsha K Fowler
My Commission GG 931338
Expires 11/12/2023

Filing # 100976217 E-Filed 12/31/2019 12:40:02 PM

## IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
## IN AND FOR PINELLAS COUNTY, FLORIDA
## CIVIL DIVISION

KELLY MCMILLEN,
an individual,
            Case No.:

   Plaintiff,

v.

WELLS FARGO BANK, N.A.,
a national association,

   Defendant.

_____/

## DESIGNATION OF E-MAIL ADDRESSES

**COMES NOW**, Plaintiff, KELLY MCMILLEN (hereinafter, "Plaintiff"), by and through

the undersigned counsel pursuant to the Florida Supreme Court's Order No. SC 10-2101 and

Florida Rule of Judicial Administration 2.516, and hereby designates primary and secondary

electronic mail addresses for Plaintiff's counsel in this matter.

  **For Ian R. Leavengood**
  Primary:  consumerservice@leavenlaw.com

  **For Kelly C. Burke**
  Primary:  consumerservice@leavenlaw.com
  Secondary:  kburke@leavenlaw.com

       Respectfully submitted,

       **LEAVENLAW**

       /s/ *Ian R. Leavengood*
       _____
       **[X] Ian R. Leavengood, Esq., FBN 0010167**
       ☐ **Kelly C. Burke, Esq., FBN 0123506**
       Northeast Professional Center
       3900 First Street North, Suite 100
       St. Petersburg, FL 33703
       Phone: (727) 327-3328
       Fax: (727) 327-3305
       consumerservice@leavenlaw.com
       kburke@leavenlaw.com

1

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served a copy of the foregoing *Designation of E-mail*

*Addresses* via U.S. Mail or process server this 31st day of December 2019 to:

Wells Fargo Bank, N.A.
c/o Corporation Service Company, Registered Agent
1201 Hays Street
Tallahassee, FL 32301-2525

/s/ *Ian R. Leavengood*
Attorney

2

# EXHIBIT A



LeavenLaw
3900 First Street North, Suite 100
St. Petersburg, FL 33703

Tel: 727.327.3328
Fax: 727.327.3305
www.LeavenLaw.com

# Fax



| To: Collections Representative | Original Creditor: Wells Fargo |
|---|---|

| Original Creditor Fax: 866-359-8664; 855-464-8019<br>clayton.moore@wellsfargo.com | In Re: Kelly McMillen, 906 Myakka NE Ct., St.<br>Petersburg, FL 33702<br>SSN: XXX-XX-7763<br>Account No: 6856857569440*** and All Known<br>Accounts |
|---|---|

| From: Marsha Fowler, Legal Assistant to<br>Ian R. Leavengood | Date: September 30, 2019 |
|---|---|

| Number of Pages (including cover sheet): 1 | To confirm receipt/missing pages, please call:<br>727.327.3328 |
|---|---|

Collections Representative,

Please be aware that this law firm (see above for contact information) represents Kelly McMillen with regard to her debts generally (i.e. for the purpose of settling ALL of her debts OR for filing a bankruptcy), including the above listed account and any other accounts of debts which you or your agency is attempting to collect from our client(s). Any further communication with our client(s) will be in violation of Fla. Sta. § 559.72(18), which provides in part that:

(a) **Without the prior consent of the consumer given directly to the debt collector or the express permission of a court of competent jurisdiction, a debt collector may not communicate with a consumer in connection with the collection of any debt** -

(b) **If the debt collector knows the consumer is represented by an attorney with respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address, unless the attorney fails to respond within a reasonable period of time to a communication from the debt collector or unless the attorney consents to direct communication with the consumer; or**

Also, any further direct communication with our client(s) will be in violation of Fla. Sta. § 559.72(18) which provides in part that:

"[I]n collecting consumer debts, no person shall communicate with the debtor if that person knows that the debtor is represented by an attorney with respect to such debt and has knowledge of...such attorney's name and address."

Finally, **47 U.S.C. § 227** prohibits making any call using any automatic telephone dialing system ("ATDS") or an artificial or pre-recorded voice to any telephone number assigned to a cellular telephone service without prior express consent. To the extent any such prior express consent existed, if any, to call the above person using an ATDS, such consent is hereby forever revoked consistent with the Florida and federal law.

For further verification of representation or to discuss the debt which you intend to collect, please feel free to contact us directly.

Sincerely,
Marsha Fowler, Legal Assistant
to Ian R. Leavengood, Esq.
LeavenLaw

MEMORY TRANSMISSION REPORT

|  |  |
|---|---|
| TIME | :09-30-2019 15:58 |
| FAX NO.1 | :7273273305 |
| NAME | :LeavenLaw |

|  |  |  |
|---|---|---|
| FILE NO. | : | 060 |
| DATE | : | 09.30 15:57 |
| TO | : | ☎ 18554648019 |
| DOCUMENT PAGES | : | 1 |
| START TIME | : | 09.30 15:57 |
| END TIME | : | 09.30 15:58 |
| PAGES SENT | : | 1 |
| STATUS | : | OK |

***SUCCESSFUL TX NOTICE***

LeavenLaw
3800 First Street North, Suite 100
St. Petersburg, FL 33703

Tel: 727.327.3328
Fax: 727.327.3305
www.LeavenLaw.com

## Fax



To: Collections Representative

Original Creditor: Wells Fargo

Original Creditor Fax: 866-359-0664; 866-464-8019
clayton.moore@wellsfargo.com

In Re: Kelly McMillian, 905 Myakka NE Ct., St. Petersburg, FL 33702
SSN: XXX-XX-7763
Account No: 6586657859440*** and All Known Accounts

From: Marsha Fowler, Legal Assistant to Ian R. Leavengood

Date: September 30, 2019

Number of Pages (including cover sheet): 1

To confirm receipt/missing pages, please call: 727.327.3328

Collections Representative,

Please be aware that this law firm (see above for contact information) represents Kelly McMillian with regard to her debts generally (i.e. for the purpose of settling ALL of her debts OR for filing a bankruptcy), including the above listed account and any other accounts of debts which you or your agency is attempting to collect from our client(s). Any further communication with our client(s) will be in violation of Fla. Stat. § 559.72(18), which provides in part that:

(a) Without the prior consent of the consumer given directly to the debt collector or the express permission of a court of competent jurisdiction, a debt collector may not communicate with a consumer in connection with the collection of any debt.

(b) If the debt collector knows the consumer is represented by an attorney with respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address, unless the attorney fails to respond within a reasonable period of time to a communication from the debt collector or unless the attorney consents to direct communication with the consumer; or

Also, any further direct communication with our client(s) will be in violation of Fla. Sta. § 559.72(18) which provides in part that:

"[I]n collecting consumer debts, no person shall communicate with the debtor if that person knows that the debtor is represented by an attorney with respect to such debt and has knowledge of...such attorney's name and address."

Finally, 47 U.S.C. § 227 prohibits making any call using any automatic telephone dialing system ("ATDS") or an artificial or pre-recorded voice to any telephone number assigned to a cellular telephone service without prior express consent. To the extent any such prior express consent existed, if any, to call the above person using an ATDS, such consent is hereby forever revoked consistent with the Florida and federal law.

For further verification of representation or to discuss the debt which you intend to collect, please feel free to contact us directly.

Sincerely,
Marsha Fowler, Legal Assistant
to Ian R. Leavengood, Esq.
LeavenLaw

MEMORY TRANSMISSION REPORT

|  |  |
|---|---|
| TIME | :09-30-2019 15:46 |
| FAX NO.1 | :7273273305 |
| NAME | :LeavenLaw |

| FILE NO. | : | 058 |
|---|---|---|
| DATE | : | 09.30 15:46 |
| TO | : ☎ | 18663598664 |
| DOCUMENT PAGES | : | 1 |
| START TIME | : | 09.30 15:46 |
| END TIME | : | 09.30 15:46 |
| PAGES SENT | : | 1 |
| STATUS | : | OK |

***SUCCESSFUL TX NOTICE***

LeavenLaw
3900 First Street North, Suite 100
St. Petersburg, FL 00703

Tel: 727.327.3328
Fax: 727.327.3305
www.LeavenLaw.com

## Fax



| To: Collections Representative | Original Creditor: Wells Fargo |
|---|---|
| Original Creditor Fax: 866-359-8664; 888-464-8019 clayton.moore@wellsfargo.com | In Re: Kelly McMillan, 008 Myakka NE Ct., St. Petersburg, FL 33702 SSN: XXX-XX-7763 Account No: 0856657569440*** and All Known Accounts |
| From: Marsha Fowler, Legal Assistant to Ian R. Leavengood | Date: September 30, 2019 |
| Number of Pages (Including cover sheet): 1 | To confirm receipt/missing pages, please call: 727.327.3328 |

Collections Representative,

Please be aware that this law firm (see above for contact information) represents Kelly McMillan with regard to her debts generally (i.e. for the purpose of settling ALL of her debts OR for filing a bankruptcy), including the above listed account and any other accounts of debts which you or your agency is attempting to collect from our client(s). Any further communication with our client(s) is in violation of Fla. Sta. § 559.72(18), which provides in part that:

(a) Without the prior consent of the consumer given directly to the debt collector or the express permission of a court of competent jurisdiction, a debt collector may not communicate with a consumer in connection with the collection of any debt -

(b) If the debt collector knows the consumer is represented by an attorney with respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address, unless the attorney fails to respond within a reasonable period of time to a communication from the debt collector or unless the attorney consents to direct communication with the consumer; or

Also, any further direct communication with our client(s) will be in violation of Fla. Sta. § 559.72(18) which provides in part that:

"[I]n collecting consumer debts, no person shall communicate with the debtor if that person knows that the debtor is represented by an attorney with respect to such debt and has knowledge of...such attorney's name and address."

Finally, 47 U.S.C. § 227 prohibits making any call using any automatic telephone dialing system ("ATDS") or an artificial or pre-recorded voice to any telephone number assigned to a cellular telephone service without prior express consent. To the extent any such prior express consent existed, if any, to call the above person using an ATDS, such consent is hereby forever revoked consistent with the Florida and federal law.

For further verification of representation or to discuss the debt which you intend to collect, please feel free to contact us directly.

Sincerely,
Marsha Fowler, Legal Assistant
to Ian R. Leavengood, Esq.
LeavenLaw

**Marsha Fowler**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | clayton.moore@wellsfargo.com |
| **Sent:** | Monday, September 30, 2019 5:07 PM |
| **Subject:** | Relayed: Notice of Representation - McMillen |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

clayton.moore@wellsfargo.com (clayton.moore@wellsfargo.com)

Subject: Notice of Representation - McMillen

1

# EXHIBIT B

LeavenLaw
3900 First Street North, Suite 100
St. Petersburg, FL 33703

Tel: 727.327.3328
Fax: 727.327.3905
www.LeavenLaw.com



September 30, 2019

Wells Fargo Card Services
PO Box 51193
Los Angeles, CA 90051-5493

alerts@notify.wellsfargo.com
client.services@wellsfargo.com

Re:   Our Client:   **Kelly McMillen, 906 Myakka NE Ct., St. Petersburg, FL 33702**
      SSN:          **xxx-xx-7763**
      Account No:   **407221029772**** and All Known Accounts**
      Matter No.:   **19-00403**

Collections Representative,

    Please be aware that this law firm (see above for contact information) represents Kelly McMillen with regard to her debts generally (i.e. for the purpose of settling ALL of her debts OR for filing a bankruptcy petition), including the above listed account and any other accounts of debts which you or your agency is attempting to collect from our client(s). Any further communication with our client(s) will be in violation of **Fla. Sta. § 559.72(18)**, which provides in part that:

> **"[I]n collecting consumer debts, no person shall communicate with the debtor if that person knows that the debtor is represented by an attorney with respect to such debt and has knowledge of...such attorney's name and address."**

    Furthermore, **47 U.S.C. § 227** prohibits making any call using any automatic telephone dialing system ("ATDS") or an artificial or pre-recorded voice to any telephone number assigned to a cellular telephone service without prior express consent. To the extent any such prior express consent existed, if any, to call the above person using an ATDS, such consent is hereby forever revoked consistent with the Florida and federal law.

    For further verification of representation or to discuss the debt which you intend to collect, please feel free to contact us directly. (727) 327-3328.

Sincerely,

Marsha Fowler, Legal Assistant
to Ian R. Leavengood, Esq.
LeavenLaw

7019 1120 0002 3448 9425

**Marsha Fowler**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | alerts@notify.wellsfargo.com |
| **Sent:** | Monday, September 30, 2019 4:52 PM |
| **Subject:** | Relayed: Notice of Representation |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

alerts@notify.wellsfargo.com (alerts@notify.wellsfargo.com)

Subject: Notice of Representation

1

**Marsha Fowler**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | client.services@wellsfargo.com |
| **Sent:** | Monday, September 30, 2019 4:54 PM |
| **Subject:** | Relayed: Notice of Representation |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

client.services@wellsfargo.com (client.services@wellsfargo.com)

Subject: Notice of Representation

1

# USPS Tracking®

FAQs >

## Track Another Package  +

**Tracking Number:** 70191120000234489425

Remove ✕

Your item was delivered at 6:28 pm on October 10, 2019 in LOS ANGELES, CA 90051.

## ⊘ Delivered

October 10, 2019 at 6:28 pm
Delivered
LOS ANGELES, CA 90051

Get Updates ⌄

Feedback

---

Text & Email Updates                                        ⌄

---

Tracking History                                            ⌄

---

Product Information                                         ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

# EXHIBIT C

## Marsha Fowler

| | |
|---|---|
| **From:** | ofsrep.rumbbgw@wellsfargo.com |
| **Sent:** | Monday, September 30, 2019 4:54 PM |
| **To:** | Marsha Fowler |
| **Subject:** | Notice of Representation |

To ensure the privacy and security of your account information, please sign on at wellsfargo.com to email us.

We can only respond to questions, instructions, or requests regarding your account if we receive them through a secure banking session where you have been verified as the authorized signer on the account.

Please resend your email to us by signing on at https://www.wellsfargo.com/questions.

If you experience difficulties signing on, select the "Username/Password Help" link.

Sincerely,
Wells Fargo Online Customer Service

Please do not reply to this email directly. To ensure a prompt and secure response, sign on to email us or call us at 1-800-956-4442. Bankers are available 24 hours a day, 7 days a week.

# EXHIBIT D

## Marsha Fowler

| | |
|---|---|
| **From:** | WFPFClientServices@wellsfargo.com |
| **Sent:** | Monday, September 30, 2019 4:56 PM |
| **To:** | Marsha Fowler |
| **Subject:** | Your WF Practice Finance Client Services Inquiry |

Thank you for contacting the Wells Fargo Practice Finance Client Services Department. Your inquiry is important to us. Our Client Services Team is reviewing your request and will respond to your inquiry within 3 business days - please note additional processing time may be required based upon the documentation requested.

Client Services hours of operation are Monday through Friday, from 7 a.m. to 4 p.m., Pacific Time. For any additional information you can reach our Client Services Department at 1-800-628-7816 or you can email us at client.services@wellsfargo.com<mailto:client.services@wellsfargo.com>.

Sincerely,

Wells Fargo Client Services
Client Services Specialist
Wells Fargo Practice Finance | 2001 Clayton RD, STE 900 | Concord, CA 94520
TEL: 800.628.7816 | FAX: 800.861.9967
client.services@wellsfargo.com<mailto:client.services@wellsfargo.com>

This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply email and delete this message. Thank you for your cooperation.

# EXHIBIT E

10/01/2019 8:43:16 AM -0500 WELLS FARGO 8008693557                     PAGE 2  OF 2



| WELLS FARGO | Wells Fargo<br>Demands Processing - B6955-01D<br>PO Box 31557<br>Billings, MT 59107-9900 | Wire Transfer Instructions:<br>Wire funds to: Wells Fargo Bank, N.A.<br>Account Number: 4030132213<br>Routing Number: 121000248<br>Please Include: Customer name and<br>account number | Express Delivery:<br>Payoff Processing/<br>Lien Release<br>MAC B6955-01B<br>2324 Overland Ave.<br>Billings, MT 59102-6401 |

**DEMAND STATEMENT**

### Tuesday, October 1, 2019

Fax: (727) 327-3305
Attn: Marsha Fowler
Leaven Law Firm

---

**Customer:**   Kelly S McMillen

**Account #:** 685-685-7569440-0001
**Daily Per Diem: $2.03**

| | |
|---|---|
| Per your request, we submit our demand for the above account. | **Payoff As Of** |
| | 10/01/2019 |

| | |
|---|---:|
| Current Principal Balance | $5,292.55 |
| Interest through 10/01/2019 | $22.31 |
| Deferred Interest | $0.00 |
| Credit Insurance | $0.00 |
| Late Fees | $0.00 |
| Other Charges | $0.00 |
| Misc. Fees | $0.00 |
| Termination Fees | $0.00 |
| Rebate/Credits | $0.00 |
| Escrow Amount | $0.00 |
| Amount Due Under Note/Security Instrument | $5,314.86 |
| Additional Contractual/Other Fees/Charges Due | |
| Lien Release/Recording Cost | $0.00 |
| Demand Statement Fee | $0.00 |
| Fax Fee | $0.00 |
| Total Amount due to Payoff | $5,314.86 |

Please reconfirm the payoff amount prior to remitting funds. Payoff update requests may be faxed to Wells Fargo at (866) 238-6874.   Allow two business days for processing update requests.

This quote is subject to the clearing of all funds in transit (credits or debits) regardless of source.  Upon full payment a lien release will be sent to the appropriate county/state agency.

If it is a Wells Fargo Refinance, the Borrower may have the Home Equity Pre-Payment penalty fee waived by submitting the new Wells Fargo account number to be used to pay off and close the Wells Fargo Home Equity Account. If you have questions regarding this fee, please call (866) 810-1424.

**After 10/01/2019 additional interest of $2.03 per day must be added to the payoff quote shown until the date funds are actually received by us at the above address.**

This demand is only valid for 30 days and will expire 30 days after the date of issuance.

If you wish to cancel this demand, please fax immediate notification to Wells Fargo at (866) 238-6874.

Prepared by:  Wells Fargo Demand Processing Department - Español: 866-297-4535

# EXHIBIT F



Wells Fargo
P.O. Box 10335
Des Moines, IA 50306-0335

October 01, 2019

Leaven Law
3900 First Street North, Suite 100
St Petersburg, FL 33703

Subject: Acknowledgment letter – receipt of inquiry regarding account number
XXXXXXXXX94400001

Dear Leaven Law:

Thank you for reaching out to us. We've received your inquiry, and we want you to know addressing your request is important to us.

**What to expect**
It's our goal to complete the necessary research and provide you with a response by October 15, 2019. If we determine additional time is needed to fully answer your inquiry, we'll provide you with a new completion date. We appreciate your patience as we fully address your inquiry.

**We're here to help**
We appreciate the time and effort taken to contact us. If you have questions, we're here to help. You may reach us at 1-866-439-3557. We're available to assist you Monday to Friday 8:00 a.m. - 10:00 p.m. Eastern Time and Weekends 9:00 a.m. - 7:00 p.m. Eastern Time.

Sincerely,

Sean Smith
Senior Vice President
Wells Fargo Home Lending

In order to remain compliant with state and federal guidelines, if legal counsel is engaged for any litigation, including bankruptcy, we will communicate with the appropriate parties going forward.

CC521/WY7/co8877069/clWFE

RECEIVED
OCT 02 2019

# EXHIBIT G



Wells Fargo
P.O. Box 10335
Des Moines, IA 50306-0335

October 01, 2019

Kelly S McMillen
906 Myakka Ct NE
Saint Petersburg, FL 33702

Subject:  Acknowledgment letter - receipt of inquiry regarding account number
XXXXXXXXX94400001

Dear Kelly S McMillen:

We're writing to let you know we've received an inquiry from Leaven Law about this account,
and we want you to know addressing their request is important to us.

**What to expect**
It's our goal to complete the necessary research and provide you with a response by October 15,
2019. If we determine additional time is needed to fully answer the inquiry, we'll provide you
with a new completion date. We appreciate your patience as we fully address your inquiry.

**We're here to help**
We appreciate the time and effort taken to contact us. If you have questions, we're here to help.
You may reach us at 1-866-439-3557. We're available to assist you Monday to Friday 8:00 a.m. -
10:00 p.m. Eastern Time and Weekends 9:00 a.m. - 7:00 p.m. Eastern Time.

Sincerely,

Sean Smith
Senior Vice President
Wells Fargo Home Lending

In order to remain compliant with state and federal guidelines, if legal counsel is engaged for any litigation,
including bankruptcy, we will communicate with the appropriate parties going forward.

CC523/WY7/co8877069/clWFE

# EXHIBIT H

**From:** Wells Fargo Online <alerts@notify.wellsfargo.com>
**To:** KELLYMAC279 <KELLYMAC279@AOL.COM>
**Subject:** Your Wells Fargo account has reached zero dollars
**Date:** Tue, Oct 1, 2019 7:47 am

---

## Your available balance has reached or dropped below zero

The available balance for your account Tax Account has reached or dropped below zero dollars.

| | |
|---|---|
| **Ending Balance** | -$10.00 |
| **Available balance** | -$10.00 |

This information is accurate as of 10/01/2019 01:56 am Eastern Time. For your most current balance and more account details, sign on and select your account.

To quickly and easily move money between your Wells Fargo accounts or between your Wells Fargo accounts and accounts at other institutions, sign on and go to **Transfer & Pay**.

If you have questions, Wells Fargo Customer Service is available 24 hours a day, 7 days a week at 1-800-869-3557, or contact us by secure email.

---

**wellsfargo.com**   |   Security Center

Note about balances: Ending balance reflects transactions that have posted to your account and does not reflect pending deposits or withdrawals. The available balance is an indication of funds that are available to you today; however, it may not reflect all transactions that you may have initiated or authorized.

Available Balance - This is the amount of money you have in your account that is available for withdrawal. It reflects the latest balance based on transactions posted to your account, including deposited funds, paid checks (if your account allows check writing), withdrawals, and purchases made with your ATM, debit, or prepaid card. Note that some transaction activity (such as outstanding checks and some debit/prepaid card purchases) may take several days to post to your account and, therefore, may not be reflected in the available balance. Some deposits made in a branch or ATM may not be immediately available for withdrawal or to cover other transactions.

**Please do not reply to this automated email.** Sign on to send a secure email.

You are receiving this alert because you are an online banking customer. To modify or cancel your alerts, please sign on to Manage Alerts. Carrier message and data rates may apply.

575ac8c6-327f-43e8-ad33-6dd3f8f685bd

# EXHIBIT I



Wells Fargo
P.O. Box 10335
Des Moines, IA 50306-0335

October 3, 2019

Kelly S McMillen
906 Myakka Ct NE
Saint Petersburg, FL 33702

Subject: Response to an inquiry about account number XXX-XXX-XXX9440-0001 *(loan)*

Dear Kelly S McMillen:

Thank you for the opportunity to address the notice of representation we received from Leaven Law. We want you to know we're here to help. We're responding and want to make sure you have the information you need.

**Notice of representation**

This letter is to confirm that the notice of representation has been forwarded to the appropriate department for review.

**Going forward**

We value our customers, and it's been my goal to fully address the request. If you have any questions, we're here to help. You may reach us at 1-877-269-6056, Monday through Friday, 8:00 a.m. to 10:00 p.m., or Saturday and Sunday, 9:00 a.m. to 7:00 p.m. Eastern Time.

Sincerely,

*Belinda Thomas*

Belinda Thomas
Executive Resolution Specialist
Customer Care and Recovery Group

IRX/co8877069/clWFE

Wells Fargo Home Equity
Return Mail Operations
PO Box 5169
Sioux Falls, SD  57117-5169

XNML1CDTZ2  000123


Kelly S Mcmillen
906 Myakka Ct Ne
Saint Petersburg, FL  33702

# EXHIBIT J

**WELLS FARGO**

WELLS FARGO CARD SERVICES
P.O. BOX 10347
DES MOINES, IA 50306

October 4, 2019

KELLY S MCMILLEN
906 MYAKKA CT NE
ST PETERSBURG FL 33702-2792

A00135023

0209

Subject: Your credit card account is past due.
Amount Past Due: $147.00
Current Balance: $6,591.59

Dear Kelly S Mcmillen:

We want to remind you that your credit card account ending in 2480 remains past due. Please send the past-due amount right away to bring your account current.

**To make your payment**

Send a minimum payment of $147.00 today in one of the following ways.
* **Online:** www.wellsfargo.com, or on your mobile device at www.wf.com
* **By phone:** 1-800-988-8019, at the times listed below
* **By mail:** Wells Fargo Card Services, PO Box 51193, Los Angeles, CA 90051-5493

If you've already made other arrangements to pay your credit card, thank you.

**We're here to help**

We're here to work with you. If you have questions or want to discuss repayment options, please call us at 1-800-988-8019. We are available to assist you:
* Monday through Thursday from 7:00 a.m. to 10:00 p.m. Central Time
* Friday from 7:00 a.m. to 7:00 p.m. Central Time
* Saturday and Sunday from 8:00 a.m. to 4:30 p.m. Central Time

For customers with hearing or speech disabilities, we accept telecommunications relay service calls.

Thank you,

Wells Fargo Card Services

The law of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

# EXHIBIT K

LeavenLaw
3900 First Street North, Suite 100
St. Petersburg, FL 33703

Tel: 727.327.3328
Fax: 727.327.3305
www.LeavenLaw.com



October 7, 2019

Wells Fargo Card Services
PO Box 51193
Los Angeles, CA 90051-5493

alerts@notify.wellsfargo.com
client.services@wellsfargo.com

Re:   **Our Client:**   **Kelly McMillen, 906 Myakka NE Ct., St. Petersburg, FL 33702**
      **SSN:**           **xxx-xx-7763**
      **Account No:**    **Dillard's 3777 170207 62070 and All Known Accounts**
      **Matter No.:**    **19-00403**

Collections Representative,

Please be aware that this law firm (see above for contact information) represents Kelly McMillen with regard to her debts generally (i.e. for the purpose of settling ALL of her debts OR for filing a bankruptcy petition), including the above listed account and any other accounts of debts which you or your agency is attempting to collect from our client(s). Any further communication with our client(s) will be in violation of Fla. Sta. § 559.72(18), which provides in part that:

> **"[I]n collecting consumer debts, no person shall communicate with the debtor if that person knows that the debtor is represented by an attorney with respect to such debt and has knowledge of…such attorney's name and address."**

Furthermore, **47 U.S.C. § 227** prohibits making any call using any automatic telephone dialing system ("ATDS") or an artificial or pre-recorded voice to any telephone number assigned to a cellular telephone service without prior express consent. To the extent any such prior express consent existed, if any, to call the above person using an ATDS, such consent is hereby forever revoked consistent with the Florida and federal law.

For further verification of representation or to discuss the debt which you intend to collect, please feel free to contact us directly.  (727) 327-3328.

Sincerely,

Marsha Fowler, Legal Assistant
to Ian R. Leavengood, Esq.
LeavenLaw

7017 3040 0000 1228 3567

# Dillard's
### E L I T E

Account Number 3777 17030 63070
Billing Cycle 08/24/2019 to 09/22/2019

Visit us at www.dillards.com/payonline
Customer Service 1-800-643-8637

**Summary of Account Activity**

| | |
|---|---|
| Previous Balance | $ 1,322.58 |
| Payments | -$ 0.00 |
| Other Credits | -$ 49.33 |
| Purchases/Debits | +$ 61.02 |
| Cash Advances | +$ 0.00 |
| Fees Charged | +$ 22.66 |
| Interest Charged | +$ 25.39 |
| New Balance | $ 1,371.16 |

| | |
|---|---|
| Credit Limit | $ 5,650.00 |
| Available Credit | $ 4,133.00 |
| Cash Limit | $ 1,900.00 |
| Available Cash | $ 1,900.00 |
| Statement Closing Date | 09/22/2019 |
| Days in Billing Cycle | 30 |

**Payment Information**

| | |
|---|---|
| New Balance | $ 1,371.16 |
| Past Due Amount | $ 39.00 |
| Total Minimum Payment Due | $ 103.00 |
| Payment Due Date | 10/17/2019 |

**Late Payment Warning:** If we do not receive your minimum payment by the Payment Due Date listed above, you may have to pay up to a $38 Late fee.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 6 years | $2,410 |

If you would like information about credit counseling services, refer to www.nfcc.org/subscribe/agencylocator_approved.htm or call 1-800-442-4722.

**Dillard's Rewards Update**

| | |
|---|---|
| Previous Balance | 309 |
| Bonus Rewards Points Earned | 0 |
| Rewards Points Earned This Statement | -3 |
| Rewards Points Redeemed | -9 |
| New Rewards Points Balance | 306 |

**Progress To Your Next Reward**

0   300   600   900   1200   1500

**Enjoying Dillard's Card**

Enjoy your Dillard's Elite Card and all it has to offer—exclusive store events and savings.

Remember, every time you use your Card you'll earn Rewards Points on your Net Purchases. (*net purchases means returns and adjustments) toward your choice of Reward.

Reminder: Your credit card account may not be paid about to avoid making payments in future billing periods. You may pay more than the Minimum Payment Due at any time. However, to avoid late fees and delinquency you must make at least the Minimum Payment Due (as reflected on each monthly statement) on or before the Payment Due Date each billing period until your balance is zero.

We accept Telecommunications Relay Service Calls.

**WE HAVE NOT YET RECEIVED YOUR PAYMENT. IF NEEDED, PLEASE CONTACT US AT 1-855-015-5459 TO MAKE ARRANGEMENTS. THIS IS AN ATTEMPT TO COLLECT A CREDIT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**Transaction Detail**

| Trans Date | Post Date | Reference Number | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 08/25 | 08/25 | 737775AYQ25091GA | NEUM.COM NEW YORK | $28.09- |
| 08/28 | 08/28 | 737775AYT7020910A | FOUNDATION ROAD 884-262-9624 OH | $33.24- |

Continued on next page

This credit card program is issued and (a) maintained by Wells Fargo Bank, N.A. pursuant to a license from American Express. American Express is a federally registered service mark of American Express.

**PAYMENTS:** PAY A LOCAL TIME ON THE DUE DATE.
NOTICE: We may convert your payment into an electronic debit. See reverse side for Billing Rights Information and other important information.

5669  ITEM JAN   5   7   13  77992  8   9 PAGE 1 of 5   10 6509  7166  5566  0132000   38994

Please return bottom portion with your payment. We must receive payment by the Payment Due Date. Do not send cash. Retain upper portion for your records.

# Dillard's
### E L I T E

3777 17030 63070

| | |
|---|---|
| Account Number | 3777 17030 63070 |
| New Balance | $ 1,371.16 |
| Total Minimum Payment Due | $ 103.00 |
| Payment Due Date | 10/17/2019 |

| | |
|---|---|
| Amount Enclosed | |

Make checks payable to:
DILLARD'S/WELLS FARGO BANK N.A.
P.O. BOX 71118
CHARLOTTE NC 28272-1118

KELLY MCMILLEN
906 NIAGARA CT NE
ST PETERSBURG FL 33703-2792

0130   38994

0013731L0000050000010130037737L7E07607007

# Sign up for Dillard's Card Services today

**Point. Click. Done.**

- Make online payments from any computer
- Set up recurring automatic payments
- Track your rewards points to see how close you are to your next reward

**Enroll today at dillards.com/payonline.**

## Switch to Paperless Statements Today!

| | | |
|---|---|---|
| **Increased Security** Paperless statements can help reduce the risk of fraud | **Reduced Clutter** Have less paper to recycle and stay more organized | **Easy Access** Your past statements are available online! |

**Dillard's**

| Trans Date | Post Date | Reference Number | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 09/15 | 09/19 | 73777SAT05907001A | POMPANO ROAD 8523OLIVES CH | $6.02 |
| 09/17 | 09/17 | | LATE FEE | $25.00 |
| | | | TOTAL FEES FOR THIS PERIOD | $25.00 |
| | | | INTEREST CHARGE ON PURCHASES | $25.79 |
| | | | INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $25.79 |

|  |  |
|---|---|
| Total fees charged in 2019 | $25.00 |
| Total interest charged in 2019 | $150.50 |

**Interest Charge Calculation**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| **Current Transactions** | | | |
| CASH ADVANCE(S) | 25.24% (v) | $0.00 | $0.00 |
| REGULAR (v)=Variable Rate | 24.24% (v) | $1,234.62 | $25.79 |

See reverse side of this second page for an explanation of how the Balance Subject to Interest Rate for each Type of Balance was computed and an explanation of how to avoid additional interest charges.

# USPS Tracking®

FAQs >

## Track Another Package  +

**Tracking Number:** 70173040000012283567

Remove ✕

Your item was delivered at 6:28 pm on October 10, 2019 in LOS ANGELES, CA 90051.

## ⊘ Delivered

October 10, 2019 at 6:28 pm
Delivered
LOS ANGELES, CA 90051

Feedback

Get Updates ∨

---

Text & Email Updates                                              ∨

---

Tracking History                                                  ∨

---

Product Information                                               ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

# EXHIBIT L



DILLARD'S CARD SERVICES
PO BOX 5132
SIOUX FALLS, SD 57117-5132

October 7, 2019

KELLY MCMILLEN
906 MYAKKA CT NE                    10270
ST PETERSBURG FL 33702-2792         0209

Subject: Payment reminder for Dillard's account number ending in: 2070

Dear Kelly Mcmillen:

Just a reminder - payment on your account is now due.

If you have overlooked sending us your check, we would appreciate if you would do so now. If there is some problem, please let us know how we can help.

Of course, if your check is already on its way to us, please accept our thanks and disregard this notice.

If you have any questions, please call us at 1-855-515-5488 Monday through Friday 7:00 a.m. to 9:00 p.m., and Saturday and Sunday 7:00 a.m. to 4:00 p.m. Central Time. For customers with hearing or speech disabilities, we accept telecommunications relay service calls.

It is quick and easy to make a payment online 24 hours a day, 7 days a week by accessing www.dillards.com/payonline.

Si necesita asistencia en español llame al 1-855-515-5488.

Thank you.

Wells Fargo Bank, N.A. Collections Team

The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

This communication is intended solely for the individuals to whom it is addressed. Commercial and/or mass distribution or reproduction of the content, in whole or in part, of this letter including the proprietary company logo is strictly prohibited.

# EXHIBIT M

From: Wells Fargo Online <wellsfargo@connect.wellsfargoemail.com>
   To: kellymac279 <kellymac279@aol.com>
Subject: Please contact us about your Wells Fargo account
   Date: Tue, Oct 8, 2019 5:33 pm

Sign on for important account information.

View this email online.

# WELLS FARGO

# Wells Fargo is here to help

## RE: Your account ending in 2480 *(credit card!)*

Dear Kelly S Mcmillen,

We value you as a customer, so please contact us about your Wells Fargo account ending in 2480.

Call us toll-free at 1-866-681-1626 or sign on to view your account online.

On a mobile device? Sign on to Mobile Banking.

Thank you. We appreciate your business.

Sincerely,

Wells Fargo Card Services

**Sign On**

**Download
*Wells Fargo Mobile***





Follow us

Home/Sign On     Contact Us     Add to Address Book     Update Email Address

Privacy Policy | Protect yourself from fraud

**Contact us:**

If you have questions, please do not reply to this message.

*Wells Fargo Online*® customers, sign on and select **Contact Us**.

If you are not a *Wells Fargo Online* customer, view our contact information.

For all written correspondence, please contact us at:

Wells Fargo Bank, N.A. Customer Service: PO Box 10347, Des Moines, IA 50306-0347

Online Customer Service Code: YYMMCLCCD21

Wells Fargo & Company Headquarters: 420 Montgomery St., San Francisco, CA 94104

© 2019 Wells Fargo Bank, N.A. All rights reserved.

# EXHIBIT N

**From:** Wells Fargo Online <alerts@notify.wellsfargo.com>
**To:** KELLYMAC279 <KELLYMAC279@AOL.COM>
**Subject:** Wells Fargo Transfer Canceled Due to Insufficient Funds
**Date:** Wed, Oct 16, 2019 8:33 pm



wellsfargo.com

## Your transfer was canceled due to insufficient funds

We had to cancel the following transfer between your Wells Fargo accounts because the account you were transferring from did not have sufficient funds:

| | |
|---|---|
| **Transfer From:** | XXXXXXXXX6441 |
| **Transfer To:** | XXXXXX7914 |

If you would still like to make this transfer, please verify that sufficient funds are available, and reschedule the transfer.

If this is a recurring transfer, we will complete the future scheduled transfers based on funds availability at the time each transfer is scheduled to occur.

If you have questions, we are available 24 hours a day, 7 days a week at 1-800-956-4442 or by secure email.

Sincerely,

Wells Fargo Online Customer Service

wellsfargo.com | Security Center

**Please do not reply to this email directly.** To ensure a prompt and secure response, sign on to email us.

4ad055ab-6f2a-4c74-8c51-c62af1c6184c

# EXHIBIT O

**From:** Wells Fargo Online <alerts@notify.wellsfargo.com>
**To:** KELLYMAC279 <KELLYMAC279@AOL.COM>
**Subject:** Your Wells Fargo account has reached zero dollars
**Date:** Mon, Oct 21, 2019 12:12 pm

# Your available balance has reached or dropped below zero

The available balance for your account XXXXXXXXX has reached or dropped below zero dollars.

| | |
|---|---|
| **Ending Balance** | $32.24 |
| **Available balance** | -$214.79 |

This information is accurate as of 10/21/2019 12:12 pm Eastern Time. For your most current balance and more account details, sign on and select your account.

To quickly and easily move money between your Wells Fargo accounts or between your Wells Fargo accounts and accounts at other institutions, sign on and go to Transfer & Pay.

If you have questions, Wells Fargo Customer Service is available 24 hours a day, 7 days a week at 1-800-869-3557, or contact us by secure email.

wellsfargo.com   |   Security Center

Note about balances: Ending balance reflects transactions that have posted to your account and does not reflect pending deposits or withdrawals. The available balance is an indication of funds that are available to you today; however, it may not reflect all transactions that you may have initiated or authorized.

Available Balance - This is the amount of money you have in your account that is available for withdrawal. It reflects the latest balance based on transactions posted to your account, including deposited funds, paid checks (if your account allows check writing), withdrawals, and purchases made with your ATM, debit, or prepaid card. Note that some transaction activity (such as outstanding checks and some debit/prepaid card purchases) may take several days to post to your account and, therefore, may not be reflected in the available balance. Some deposits made in a branch or ATM may not be immediately available for withdrawal or to cover other transactions.

**Please do not reply to this automated email.** Sign on to send a secure email.

You are receiving this alert because you are an online banking customer. To modify or cancel your alerts, please sign on to Manage Alerts. Carrier message and data rates may apply.

ca5298eb-73c2-4f62-a271-5a23145240a8

# EXHIBIT P

**From:** Wells Fargo Online <alerts@notify.wellsfargo.com>
**To:** KELLYMAC279 <KELLYMAC279@AOL.COM>
**Subject:** Your Wells Fargo account has reached zero dollars
**Date:** Tue, Oct 22, 2019 9:50 am

# Your available balance has reached or dropped below zero

The available balance for your account XXXXXXXXX8441 has reached or dropped below zero dollars.

| | |
|---|---|
| **Ending Balance** | -$2.76 |
| **Available balance** | -$2.76 |

This information is accurate as of 10/22/2019 09:42 am Eastern Time. For your most current balance and more account details, sign on and select your account.

To quickly and easily move money between your Wells Fargo accounts or between your Wells Fargo accounts and accounts at other institutions, sign on and go to **Transfer & Pay**.

If you have questions, Wells Fargo Customer Service is available 24 hours a day, 7 days a week at 1-800-869-3557, or contact us by secure email.

wellsfargo.com    |    Security Center

Note about balances: Ending balance reflects transactions that have posted to your account and does not reflect pending deposits or withdrawals. The available balance is an indication of funds that are available to you today; however, it may not reflect all transactions that you may have initiated or authorized.

Available Balance - This is the amount of money you have in your account that is available for withdrawal. It reflects the latest balance based on transactions posted to your account, including deposited funds, paid checks (if your account allows check writing), withdrawals, and purchases made with your ATM, debit, or prepaid card. Note that some transaction activity (such as outstanding checks and some debit/prepaid card purchases) may take several days to post to your account and, therefore, may not be reflected in the available balance. Some deposits made in a branch or ATM may not be immediately available for withdrawal or to cover other transactions.

**Please do not reply to this automated email. Sign on to send a secure email.**

You are receiving this alert because you are an online banking customer. To modify or cancel your alerts, please sign on to Manage Alerts. Carrier message and data rates may apply.

d7249566-b085-4f7b-b34e-0b1554e3cd93

# EXHIBIT Q

**From:** Wells Fargo Online <alerts@notify.wellsfargo.com>
**To:** KELLYMAC279 <KELLYMAC279@AOL.COM>
**Subject:** Wells Fargo Insufficient funds notice
**Date:** Tue, Oct 22, 2019 2:52 pm

## Insufficient funds notice

On 10/21/2019 your available balance for your Wells Fargo account XXXXXXXXX6477 was insufficient to cover the following transactions.

| Transaction Description | Amount | Action | Fee |
|---|---|---|---|
| WF LOAN/LINE AUTO PAY 191018<br>858575694400001 MCMILLEN KELLY 685 | $247.03 | RETURNED | $35.00 |

**Total Fee(s):**              **$35.00**

If you have already taken care of this overdraft, thank you. If not, please follow the steps below to determine how much you need to deposit.

1. **Review** your current available balance. It can be obtained 24 hours a day, 7 days a week through Online Banking, any Wells Fargo ATM, or by calling Wells Fargo Phone Bank$^{SM}$ at 1-800-869-3557.
2. **Take into account**
   - Your pending transactions and any additional transactions that have not yet been deducted from your available balance, such as checks you have written (if your account allows check writing) or upcoming scheduled automatic payments.
   - Transactions that have been returned because you did not have enough money in your account at that time; they may be resubmitted for payment by the person or party who received the payment from you.
3. **Deposit** enough money to establish and maintain a positive account balance.
4. **Consider** other optional services to help you manage your account and avoid overdrafts or declined debit card purchases:
   - Online, Mobile, and Text Banking – set up low balance alerts, transfer funds, and monitor account activity.
   - Overdraft Protection - link your eligible Wells Fargo savings account, credit card, or line of credit to your checking account.

Please note, in the event this overdraft is not resolved after 60 days from the date the account first became overdrawn, we will close and charge off your account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

Call Wells Fargo Phone Bank$^{SM}$ at 1-800-869-3557 or write to Wells Fargo Bank, N.A., P.O. Box 2908, PHOENIX, AZ 85602-2908 if you have questions or need help.

wellsfargo.com    |    Security Center

**Please do not reply to this automated email.** Sign on to send a secure email.

2142c2-824-aaee-9b63ff7ef-a2658bb2_5daf3808_d0e7-19cd4

# EXHIBIT R



WELLS FARGO CARD SERVICES
P.O. BOX 10347
DES MOINES, IA 50306

October 22, 2019

KELLY S MCMILLEN
906 MYAKKA CT NE
ST PETERSBURG FL 33702-2792

A00084586
0210

ᴵᵖ|||||ᵢᵖᵢᵢᵖᵢᵢᵖᵢᵈᵢᵢ|ᵗ|ᵗᵢᵢ|||ᵗᵢᵗᵢᵖᵢᵢᵖᵢ||ᵖᵢᵗᵢᵖᵢ||||

Subject: Immediate payment needed for your credit card account
Current Balance: $6,751.66
Amount Due: $568.00
Amount Past Due: $340.00

Dear Kelly S Mcmillen:

We want to remind you that your credit card account ending in 2480 is past due, and is at risk of being closed. Please pay the amount past due right away, or call us at the number below to discuss additional payment options that may be available to you.

**To make your payment**

Send a minimum payment of $340.00 today in one of the following ways.

* **Online:** www.wellsfargo.com, or on your mobile device at www.wf.com
* **By phone:** 1-800-988-8019 at the times listed below
* **By mail:** Wells Fargo Card Services, PO Box 51193, Los Angeles, CA 90051-5493

If you've already made other arrangements to pay your credit card, thank you.

**If your account is closed**

* You will permanently lose charging privileges.
* You will still be responsible for paying the outstanding balance due on your credit card.
* If you are enrolled in the *Wells Fargo Rewards*® program, all rewards balances for this account will be forfeited.
* If you have automatic bill pay or overdraft protection set up for this account, these services will no longer be available.
* Wells Fargo reports account statuses to the major credit reporting agencies including delinquency and involuntary closures.

NOTICE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

**We're here to help**

We're here to work with you. If you have questions or want to discuss repayment options, please call us at 1-800-988-8019. We are available to assist you:
  * Monday through Thursday from 7:00 a.m. to 10:00 p.m.  Central Time
  * Friday from 7:00 a.m. to 7:00 p.m. Central Time
  * Saturday and Sunday from 8:00 a.m. to 4:30 p.m.  Central Time

For customers with hearing or speech disabilities, we accept telecommunications relay service calls.


Thank you.


Wells Fargo Card Services


The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

# EXHIBIT S

**WELLS FARGO**

**VISA**

| | | |
|---|---|---|
| Account Number | Ending in 2480 | |
| Statement Billing Period | 09/21/2019 to 10/22/2019 | |
| Page 1 of 2 | | |

**WELLS FARGO**

### Balance Summary

| | |
|---|---|
| Previous Balance | $6,591.59 |
| − Payments | $0.00 |
| − Other Credits | $0.00 |
| + Cash Advances | $0.00 |
| + Purchases, Balance Transfers & Other Charges | $0.00 |
| + Fees Charged | **$37.00** |
| + Interest Charged | **$123.07** |
| = New Balance | $6,751.66 |
| Total Credit Limit | $6,500 |

| | |
|---|---|
| 24-Hour Customer Service: | 1-800-642-4720 |
| TTY for Hearing/Speech Impaired: | 1-800-419-2265 |
| Outside the US Call Collect: | 1-925-825-7600 |
| Wells Fargo Online®: | wellsfargo.com |

**Send General Inquiries To:**
PO Box 10347, Des Moines IA, 50306-0347

Total Available Credit          $0

### Payment Information

| | |
|---|---|
| New Balance | $6,751.66 |
| Minimum Payment | $568.00 |
| (Includes Past Due Amount of $340.00) | |
| Overlimit Amount | $251.66 |
| Total Amount Due | $819.66 |
| Payment Due Date | 11/16/2019 |

**Send Payments To:**
PO Box 77053, Minneapolis MN, 55480-7753

**Late Payment Warning:** If we do not receive your Minimum Payment by 11/16/2019, you may have to pay a late fee up to $37.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the New Balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 20 years | $16,588 |
| $255 | 3 years | $9,165 (Savings of $7,421) |

If you would like information about credit counseling services, refer to www.usdoj.gov/ust/eo/bapcpa/ccde/cc_approved.htm or call **1-877-285-2108.**

### Important Information

PAST DUE, PLEASE CALL 800-988-8019, VISIT WELLSFARGO.COM OR WF.COM ON MOBILE DEVICES FOR PAYMENT OPTIONS. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

### Go Far Rewards Summary

Rewards balance as of 09/30/2019 is 0

The rewards balance is for **Rewards ID** 60006335198.
This balance may be inclusive of other contributing rewards accounts.  For up-to-date rewards balance information, or more ways to earn and redeem your rewards, visit GoFarRewards.wf.com or call 1-877-517-1358.

### Transactions

| Trans | Post | Reference Number | Description | Credits | Charges |
|---|---|---|---|---|---|
| **Fees Charged** | | | | | |
| 10/16 | 10/16 | | LATE FEE | | 37.00 |
| | | | TOTAL FEES CHARGED FOR THIS PERIOD | | $37.00 |

NOTICE:  SEE REVERSE SIDE FOR IMPORTANT INFORMATION ABOUT YOUR ACCOUNT          Continued ➡

5596   0013 YKG      1    7 14 191022 0      X PAGE 1 of 2      1 0 5299 1000 W0MJ 01DP5596      341817

Detach and mail with check payable to Wells Fargo. For faster processing, include your account number on your check.

| | |
|---|---|
| Account Number | 4072 2102 9772 2480 |
| New Balance | $6,751.66 |
| Minimum Payment | $568.00 |
| (Includes Past Due Amount of $340.00) | |
| Overlimit Amount | $251.66 |
| Total Amount Due | $819.66 |
| Payment Due Date | 11/16/2019 |

006751660001500000056800407221029772248OB

Amount Enclosed 

KELLY S MCMILLEN          341817
908 MYAKKA CT NE          HSP  2018
ST PETERSBURG FL 33702-2792

WELLS FARGO CARD SERVICES      YKG
PO BOX 77053                   125
MINNEAPOLIS MN 55480-7753

☐  Check here and see reverse for address and/or phone number correction.

## IMPORTANT INFORMATION ABOUT YOUR ACCOUNT

**Billing Rights Summary.** If you believe your bill is wrong (an "Error"), or if you need more information about a transaction on your bill, write to us on a separate sheet of paper as soon as possible at: P.O. Box 522, Des Moines, IA 50306-0522. We must hear from you no later than 60 days after we sent you the first bill on which the Error appeared. You may notify us using other means (including calling us at the number listed on the front of the statement), but doing so will not preserve your rights.

In your letter (a "Written Notice"), provide the following information:
• Your name and account number.
• The dollar amount of the suspected Error.
• Description of the Error and why you believe there is an Error. If you need more information, please describe the item you are not sure about.

You do not have to pay any alleged Error amount while we are investigating, but you are still obligated to pay the parts of your bill that are not part of the alleged Error amount. While we investigate, we cannot report you as delinquent or take any action to collect the alleged Error amount. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you believe is an Error. To stop the payment, your Written Notice must reach us three (3) business days before the automatic payment is scheduled to occur.

*Special Rule for Credit Card Purchases:* If you have a problem with the quality of goods or services you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address and you have not paid the balance of the disputed charge. If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.

**Credit Information.** NOTICE: We may furnish information about your account to consumer reporting agencies. You have the right to dispute the accuracy of information that we have reported by writing to us at P.O. Box 14517, Des Moines, IA 50306-3517 and describing the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that you believe relates to an identity theft, you will need to provide us with an identity theft report.

**Payments.** "Conforming Payments" are payments mailed using the enclosed payment coupon to the payment address specified on the statement or, generally, made via the "Transfers" tab or "Make a Payment" link on the credit card Account Activity tab of Wells Fargo Online Banking at "http://www.wellsfargo.com". Conforming Payments received via mail by 5:00 p.m. will be credited as of the date of receipt. Conforming Payments received after 5:00 p.m. will be credited as of the next day. Cut-off times for Conforming Payments made via our Website will be disclosed at the time of the transaction. "Non-Conforming Payments" are payments made by any other means and may not receive credit for up to five days after the date of receipt. Non-Conforming payments include, but are not limited to, payments by certified mail, FedEx or UPS, or envelopes addressed illegibly.

*Notice About Electronic Check Conversion:* When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

*Payment in Full for Less Than Account Balance Request:* If you intend to pay your account in full with an amount less than the total owed on your account, you must send your request to us at: P.O. Box 10311, Des Moines, IA 50306-0311. Such payments will not discharge your full debt.

**How We Calculate Your Balance.** We use a method called "average daily balance (including new transactions)". For more information regarding this calculation, please refer to your Credit Card Account Agreement or call our toll-free Customer Service number located on the front of this statement.

**How to Avoid Paying Interest on Purchases.** Your Payment Due Date is at least 25 days after the close of each billing period. We will not charge you interest on purchases if you pay your entire balance by the due date each month. We will begin charging interest on cash advances and balance transfers on the transaction date.

**Secured Accounts.** For Secured accounts, your credit card account is secured by a pledge of your Secured Card Collateral Account with Wells Fargo Bank, N.A., established in connection with your application for the card. You agree that this pledge includes and gives the right to Bank to redeem, collect and withdraw any part or the full amount of the Secured Card Collateral Account upon any default under your Secured credit card agreement, or in the event your Secured credit card agreement is terminated by Bank for any reason. This pledge is given as a security interest for any and all amounts you owe, including interest, fees and costs which may accrue under your Secured credit card account. You agree that if your Secured credit card account is closed for any reason, the bank may apply funds in the Secured Card Collateral Account to pay off any balance on the credit card account. If there are still funds remaining in the Collateral Account after doing so, these funds may remain on deposit for up to 60 days before being remitted to you.

**Customer Service Monitoring.** Calls may be recorded or monitored.

O1DP5596 – 11 – 06/01/2019
© 2019 Wells Fargo Bank, N.A. All rights reserved. IHA-6492803

**Change of Address Form** — If your address has changed, provide your complete new address below. Be sure to check box on reverse side of coupon and enclose in the envelope provided. Please use this section only for address changes. If you have any questions, please call the toll-free customer service number on the front of this statement.

| ACCOUNT FIRST NAME | | ACCOUNT LAST NAME | |
|---|---|---|---|
| NEW STREET ADDRESS | | | |
| PO BOX/ APT # | | | |
| CITY/ STATE/ZIP | | | |
| HOME PHONE | | WORK PHONE | |

**WELLS FARGO**

**VISA**

Account Number
Statement Billing Period
Page 2 of 2

Ending in 2480
09/21/2019 to 10/22/2019

**WELLS FARGO**

## Transactions (Continued...)

| Trans | Post | Reference Number | Description | Credits | Charges |
|---|---|---|---|---|---|

**Interest Charged**

| | INTEREST CHARGE ON PURCHASES | 0.26 |
|---|---|---|
| | INTEREST CHARGE ON CASH ADVANCES | 122.81 |
| TOTAL INTEREST CHARGED FOR THIS PERIOD | | $123.07 |

**2019 Totals Year-to-Date**

| TOTAL FEES CHARGED IN 2019 | $149.00 |
|---|---|
| TOTAL INTEREST CHARGED IN 2019 | $991.33 |

### Interest Charge Calculation
Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Days in Billing Cycle | Interest Charge |
|---|---|---|---|---|
| PURCHASES | 10.99% | $27.12 | 32 | $0.26 |
| OVERDRAFT ADVANCE | 21.15% | $204.08 | 32 | $3.78 |
| CASH ADVANCES | 21.15% | $6,419.80 | 32 | $119.03 |

# EXHIBIT T



**WELLS FARGO**

~~DILLARD'S~~ CARD SERVICES
PO BOX 5132
SIOUX FALLS, SD 57117-5132

October 23, 2019

KELLY MCMILLEN
906 MYAKKA CT NE
ST PETERSBURG FL 33702-2792

A00034927

0210

Subject: Maximize your financial goals with Wells Fargo Bank
Dillard's account ending in: 2070
Payoff Balance: $1,434.37
Total Due amount: $181.00

Dear Kelly Mcmillen:

Wells Fargo cares about your financial well-being and would like to partner with you to customize a solution to reach your financial goals.

We have several unique programs that may fit your specific financial situation. Have one of our specialists assist in reaching your goals today!

**We are offering special programs such as:**
- Exceptional discounts and savings on your existing balance
- Repayment plans specific to your financial needs
- And More!

Our team is committed to finding the optimal plan that best fits your financial needs.

Let us assist you today at 1-855-205-8624 Monday through Friday 7:00 a.m. to 9:00 p.m., and Saturday and Sunday 7:00 a.m. to 4:00 p.m. Central Time. For customers with hearing or speech disabilities, we accept telecommunications relay service calls.

Pay over the phone with no additional cost to reach the next stage of your financial goals today.

It is quick and easy to make a payment online 24 hours a day, 7 days a week by accessing www.dillards.com/payonline.

Si necesita asistencia en español llame al 1-855-205-8624.

Thank you.

Wells Fargo Bank, N.A. Collections Team

The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

This communication is intended solely for the individuals to whom it is addressed. Commercial and/or mass distribution or reproduction of the content, in whole or in part, of this letter including the proprietary company logo is strictly prohibited.

The Internal Revenue Service (IRS) requires financial institutions to annually report to the IRS discharges of debt in the amount of $600 or greater. If you accept the settlement offer and it results in a discharge of $600 or more of the principal balance due on your account, we may be required to report that amount to the IRS. Please contact your tax advisor with any questions.

"If you do agree to a settlement, it is considered a final resolution arrangement on your account. Failure to execute on this arrangement as noted above may result in your account being charged off, regardless of account status."

# EXHIBIT U



# Dillard's
# E L I T E



Account Number 3777 170207 62070
Billing Cycle 09/23/2019 to 10/23/2019

Visit us at www.dillards.com/payonline
Customer Service: 1-866-838-0637

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $ 1,371.16 |
| Payments | –$ 0.00 |
| Other Credits | –$ 0.00 |
| Purchases/Debits | +$ 0.00 |
| Cash Advances | +$ 0.00 |
| Fees Charged | +$ 35.00 |
| Interest Charged | +$ 28.21 |
| New Balance | $ 1,434.37 |
| | |
| Credit Limit | $ 9,500.00 |
| Available Credit | $ 8,065.00 |
| Cash Limit | $ 1,900.00 |
| Available Cash | $ 1,900.00 |
| Statement Closing Date | 10/23/2019 |
| Days in Billing Cycle | 31 |

## Payment Information

| | |
|---|---|
| New Balance | $ 1,434.37 |
| Past Due Amount | $ 103.00 |
| Total Minimum Payment Due | $ 181.00 |
| Payment Due Date | 11/17/2019 |

**Late Payment Warning:** If we do not receive your minimum payment by the Payment Due Date listed above, you may have to pay up to a $35 late fee.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the New Balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 5 years | $2,445 |

If you would like information about credit counseling services, refer to www.usdoj.gov/ust/eo/bapcpa/ccde/cc_approved.htm or call 1-866-484-6322.

## Dillard's Rewards Update

| | |
|---|---|
| Previous Balance | 306 |
| Bonus Rewards Points Earned | 0 |
| Rewards Points Earned This Statement | 0 |
| Rewards Points Redeemed | 0 |
| New Rewards Points Balance | 306 |

**Progress To Your Next Reward**

| 0 | 300 | 600 | 900 | 1200 | 1500 |
|---|---|---|---|---|---|

## Important Information

Enjoy your Dillard's Elite Card and all it has to offer -
exclusive store events and savings.
Remember, every time you use your Card, you'll earn
Rewards Points on your Net Purchases (purchases minus
returns and adjustments) toward your choice of Reward.

Reminder: Your credit card account may not be paid ahead to avoid making payments in future billing periods. You may pay more than the Minimum Payment Due at any time. However, to avoid late fees and delinquency we must receive at least the Minimum Payment Due (as reflected on each monthly statement) on or before the Payment Due Date each billing period until your balance is zero.

We accept Telecommunications Relay Services' Calls.

WE HAVE NOT YET RECEIVED YOUR PAYMENT. IF
NEEDED, PLEASE CONTACT US AT 1-855-515-5489 TO
MAKE ARRANGEMENTS. THIS IS AN ATTEMPT TO
COLLECT A DEBT AND ANY INFORMATION OBTAINED
WILL BE USED FOR THAT PURPOSE.

## Transactions

| Trans Date | Post Date | Reference Number | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| **Fees** | | | | |
| 10/17 | 10/17 | | LATE FEE | $35.00 |

Continued on next page

This credit card program is issued and administered by Wells Fargo Bank, N.A., pursuant to a license from American Express. American Express is a federally registered service mark of American Express.

PAYMENT DUE BY 5 P.M. LOCAL TIME ON THE DUE DATE
NOTICE: We may convert your payment into an electronic debit. See reverse side for Billing Rights information and other important information.

5685  0009 JVH    3   7  15  191023 0      D PAGE 1 of 3    1 0 6329 7000  E012 01AE5685         38257

Please return bottom portion with your payment. We must receive payment by the Payment Due Date. Do not send cash. Retain upper portion for your records.



# Dillard's
# E L I T E

| | |
|---|---|
| Account Number | 3777 170207 62070 |
| New Balance | $ 1,434.37 |
| Total Minimum Payment Due | $ 181.00 |
| Payment Due Date | 11/17/2019 |

## IMPORTANT INFORMATION ABOUT YOUR ACCOUNT

**PAYMENT INSTRUCTIONS.** Follow these instructions when making a payment:
• Make your payment in U.S. dollars, but do not send cash.
• If you make a payment by mail, please include the Payment Stub with your payment. Use the envelope enclosed with your statement to mail both documents to the Payment Address. Payments received by 5:00 p.m. local time at the Payment Address will be credited as of the date of receipt. Payments received after the 5:00 p.m. cut-off time will be credited as of the next day.
• If you make a payment online, it must be made via Dillard's website, which is shown on your statement. The cut-off time for online payments will be disclosed at the time of the transaction.
• You also can make a payment at a Dillard's store. Payments received at the Dillard's store location where payment is made will be credited as of the date of receipt.
If you do not follow these instructions, your payments may not receive credit for up to five days after we receive it. You may at any time pay, in whole or in part, the Outstanding Balance without any additional charge for prepayment.

**PAYMENT ADDRESS.** Please mail your payment payable to Wells Fargo Bank, N.A. to the Payment Address listed on your Payment Stub **or** to:
Lockbox Services 77053, Attn: WF Consumer Credit Card, 1801 Parkview Drive, 1st Floor, Shoreview, MN 55126.

**CREDIT INFORMATION. IMPORTANT NOTICE:** We may report information about your account to credit bureaus and/or consumer reporting agencies. Late payments, missed payments, or other defaults on your account may be reflected in your credit report and/or consumer report. You have the right to dispute the accuracy of information that we have reported by writing to us at Wells Fargo Bank, N.A., P.O. Box 14517, Des Moines, IA 50306. Please include your account number and a description of the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that you believe relates to an identity theft, you will need to provide us with an identity theft report.

**ELECTRONIC CHECK CONVERSION.** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

**PHONE MONITORING.** We may monitor and record your phone calls with us.

**Send General Inquiries To:** PO Box 10347, Des Moines, IA 50306-0347.

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write to us on a separate sheet at: Dillard's Card Services/Wells Fargo Bank, N.A., P.O. Box 522, Des Moines, IA 50306-0522.

In your letter, give us the following information:
• <u>Account information:</u> Your name and account number.
• <u>Dollar amount:</u> The dollar amount of the suspected error.
• <u>Description of problem:</u> If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors <u>in writing</u>. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true: We cannot try to collect the amount in question, or report you as delinquent on that amount. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While you do not have to pay the amount in question, you are responsible for the remainder of your balance. We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true:
1.  The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2.  You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3.  You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us <u>in writing</u> on a separate sheet at: Dillard's Card Services/Wells Fargo Bank, N.A., P.O. Box 522, Des Moines, IA 50306-0522.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

O1AE5685 - 12 - 09/01/2018

**Change of Address Form** – If your address has changed, provide your complete new address below. Be sure to check box on reverse side of coupon and enclose in the envelope provided. Please use this section only for address changes. If you have any questions, please call the toll-free customer service number on the front of this statement.

| ACCOUNT FIRST NAME | | ACCOUNT LAST NAME | |
|---|---|---|---|

| NEW STREET ADDRESS | |
|---|---|

| PO BOX/ APT # | |
|---|---|

| CITY, STATE/ZIP | |
|---|---|

| HOME PHONE | | WORK PHONE | |
|---|---|---|---|

# Sign up for Dillard's Card Services today

## Point. Click. Done.

- Make online payments from any computer[1]
- Set up recurring automatic payments
- Track your rewards points to see how close you are to your next reward

**Enroll today at dillards.com/payonline.**

## Switch to Paperless Statements Today!



**Increased Security**
Paperless statements can help reduce the risk of fraud



**Reduced Clutter**
Have less paper to recycle and stay more organized



**Easy Access**
Your past statements are available online[2]

[1] While you are able to enroll using a mobile device, you may find it more convenient to enroll using a computer platform other than a mobile device.
[2] Online Statements require a computer with internet access. Online Statements are accessible for a rolling 12 month period. Online Statements require a PDF viewer such as Adobe® Reader® to read PDF file.



## Transactions (continued)

| Trans Date | Post Date | Reference Number | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| **Fees (continued)** | | | | |
| | | | **TOTAL FEES FOR THIS PERIOD** | **$35.00** |
| **Interest Charged** | | | | |
| 10/23 | 10/23 | | INTEREST CHARGE ON PURCHASES | $28.21 |
| 10/23 | 10/23 | | INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **$28.21** |

| 2019 Totals Year-To-Date | |
|---|---|
| Total fees charged in 2019 | $60.00 |
| Total interest charged in 2019 | $223.71 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| **Current Transactions** | | | |
| CASH ADVANCE(S) | 28.99% (v) | $0.00 | $0.00 |
| REGULAR | 23.99% (v) | $1,384.76 | $28.21 |
| (v) = Variable Rate | | | |

See reverse side of the second page for an explanation of how the Balance Subject to Interest Rate for each Type of Balance was computed and an explanation of how to avoid additional interest charges.

1-2

PAYING INTEREST. We will begin charging interest on a cash advance on the date the cash advance posts to your Account.

If either "CLUB PLAN" or "CLUB PLAN 12" or "CLUB PLAN 24" is indicated in the INTEREST CHARGE CALCULATION section of your statement, there will be no interest charge on the balance.

## HOW WE CALCULATE THE AVERAGE DAILY BALANCE ("ADB")

The ADB for each type of balance is calculated separately, starting with the beginning balance on the first day of each Billing Cycle. The beginning balance on the first day of the Billing Cycle includes the following:
 • The prior Billing Cycle's ending balance, which includes any unpaid fees posted to your Account in the prior Billing Cycle (if applicable).
 • Any late payment fees posted in the current Billing Cycle that are related to a late payment in the prior Billing Cycle (if applicable).
We take the beginning balance each day and add any new purchases and cash advances. Except for the first day of each Billing Cycle, we then add interest equal to the previous day's balance multiplied by the daily periodic rate. (This means interest is compounded daily.) Then, we subtract any payments or credits. This gives us the daily balance. Any daily balance that is a credit balance will be treated as zero. Then, we add up all the daily balances for the Billing Cycle. We divide this amount by the number of days in the Billing Cycle. This gives us the ADB.

OM568588 - 11/03/14

# EXHIBIT V

**From:** Wells Fargo Online <alerts@notify.wellsfargo.com>
**To:** KELLYMAC279 <KELLYMAC279@AOL.COM>
**Subject:** Your Wells Fargo account has reached zero dollars
**Date:** Fri, Oct 25, 2019 7:36 am

# Your available balance has reached or dropped below zero

The available balance for your account XXXXXXXXX6477 has reached or dropped below zero dollars.

| | |
|---|---|
| **Ending Balance** | -$2.76 |
| **Available balance** | -$2.76 |

This information is accurate as of 10/25/2019 01:55 am Eastern Time. For your most current balance and more account details, sign on and select your account.

To quickly and easily move money between your Wells Fargo accounts or between your Wells Fargo accounts and accounts at other institutions, sign on and go to Transfer & Pay.

If you have questions, Wells Fargo Customer Service is available 24 hours a day, 7 days a week at 1-800-869-3557, or contact us by secure email.

---

**wellsfargo.com**  |  Security Center

Note about balances: Ending balance reflects transactions that have posted to your account and does not reflect pending deposits or withdrawals. The available balance is an indication of funds that are available to you today; however, it may not reflect all transactions that you may have initiated or authorized.

Available Balance - This is the amount of money you have in your account that is available for withdrawal. It reflects the latest balance based on transactions posted to your account, including deposited funds, paid checks (if your account allows check writing), withdrawals, and purchases made with your ATM, debit, or prepaid card. Note that some transaction activity (such as outstanding checks and some debit/prepaid card purchases) may take several days to post to your account and, therefore, may not be reflected in the available balance. Some deposits made in a branch or ATM may not be immediately available for withdrawal or to cover other transactions.

**Please do not reply to this automated email.** Sign on to send a secure email.

You are receiving this alert because you are an online banking customer. To modify or cancel your alerts, please sign on to Manage Alerts. Carrier message and data rates may apply.

22ada608-1f64-4f62-9d08-8c7194315102

# EXHIBIT W

From: Wells Fargo Online <alerts@notify.wellsfargo.com>
To: KELLYMAC279 <KELLYMAC279@AOL.COM>
Subject: Wells Fargo insufficient funds notice
Date: Fri, Oct 25, 2019 2:13 pm

## Insufficient funds notice

On 10/24/2019 your available balance for your Wells Fargo account XXXXXXXXX6441 was insufficient to cover the following transactions.

| Transaction Description | Amount | Action |
|---|---|---|
| WF LOAN/LINE RETRY PYMT 191018 858575694400001 MCMILLEN KELLY 685 | $247.03 | RETURNED |

If you have already taken care of this overdraft, thank you. If not, please follow the steps below to determine how much you need to deposit.

1. **Review** your current available balance. It can be obtained 24 hours a day, 7 days a week through your Online Banking, any Wells Fargo ATM, or by calling Wells Fargo Phone Bank[SM] at 1-800-869-3557.
2. **Take into account**
   - Your pending transactions and any additional transactions that have not yet been deducted from your available balance, such as checks you have written (if your account allows check writing) or upcoming scheduled automatic payments.
   - Transactions that have been returned because you did not have enough money in your account at that time; they may be resubmitted for payment by the person or party who received the payment from you.
3. **Deposit** enough money to establish and maintain a positive account balance.
4. **Consider** other optional services to help you manage your account and avoid overdrafts or declined debit card purchases:
   - Online, Mobile, and Text Banking – set up low balance alerts, transfer funds, and monitor account activity.
   - Overdraft Protection - link your eligible Wells Fargo savings account, credit card, or line of credit to your checking account.

Please note, in the event this overdraft is not resolved after 60 days from the date the account first became overdrawn, we will close and charge off your account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

Call Wells Fargo Phone Bank[SM] at 1-800-869-3557 or write to Wells Fargo Bank, N.A., P.O. Box 2908, PHOENIX, AZ 85602-2908 if you have questions or need help.

**wellsfargo.com**   |   Security Center

**Please do not reply to this automated email.** Sign on to send a secure email.

212263-824-aaf1-94e52cabc-a2658bb2_5db32c80_4ee4-e53c

# EXHIBIT X

**From:** Wells Fargo Online <alerts@notify.wellsfargo.com>
**To:** KELLYMAC279 <KELLYMAC279@AOL.COM>
**Subject:** Your Wells Fargo account has reached zero dollars
**Date:** Fri, Nov 1, 2019 7:38 am

## Your available balance has reached or dropped below zero

The available balance for your account Way2Save has reached or dropped below zero dollars.

| | |
|---|---|
| **Ending Balance** | -$5.00 |
| **Available balance** | -$5.00 |

This information is accurate as of 11/01/2019 01:56 am Eastern Time. For your most current balance and more account details, sign on and select your account.

To quickly and easily move money between your Wells Fargo accounts or between your Wells Fargo accounts and accounts at other institutions, sign on and go to **Transfer & Pay**.

If you have questions, Wells Fargo Customer Service is available 24 hours a day, 7 days a week at 1-800-869-3557, or contact us by secure email.

---

**wellsfargo.com**   |   Security Center

Note about balances: Ending balance reflects transactions that have posted to your account and does not reflect pending deposits or withdrawals. The available balance is an indication of funds that are available to you today; however, it may not reflect all transactions that you may have initiated or authorized.

Available Balance - This is the amount of money you have in your account that is available for withdrawal. It reflects the latest balance based on transactions posted to your account, including deposited funds, paid checks (if your account allows check writing), withdrawals, and purchases made with your ATM, debit, or prepaid card. Note that some transaction activity (such as outstanding checks and some debit/prepaid card purchases) may take several days to post to your account and, therefore, may not be reflected in the available balance. Some deposits made in a branch or ATM may not be immediately available for withdrawal or to cover other transactions.

**Please do not reply to this automated email.** Sign on to send a secure email.

You are receiving this alert because you are an online banking customer. To modify or cancel your alerts, please sign on to Manage Alerts. Carrier message and data rates may apply.

f16c0544-a472-4347-9866-c4b50d534efc

# EXHIBIT Y

**From:** Wells Fargo Online <alerts@notify.wellsfargo.com>
**To:** KELLYMAC279 <KELLYMAC279@AOL.COM>
**Subject:** Wells Fargo online statement ready to view
**Date:** Fri, Nov 1, 2019 8:06 am



wellsfargo.com

# Your new statement is now available online

The new statement for your Wells Fargo loan or line of credit XXX-XXX9440 is now available to view online.

To view your statement:

1. Sign on to Statements and Documents.
2. Select **Statements and Disclosures.**
3. Choose your account from the dropdown menu.

If you have questions about your account, please refer to the contact information on your statement. For questions about viewing your statements online, Wells Fargo Customer Service is available 24 hours a day, 7 days a week. Call us at 1-800-956-4442 or sign on to send a secure email.

wellsfargo.com | Security Center

**Please do not reply to this automated email.** Sign on to send a secure email.

217a1f-152-aaf8-4078a63d3-a2658bb2_5dbc19a7_173dd-843

# EXHIBIT Z



Wells Fargo Card Services
PO Box 10347
Des Moines, IA 50306

November 7, 2019



001066  L2TEBC11.I301 FDEBC
KELLY S MCMILLEN
C/O LEAVEN LAW
3900 1ST ST N STE 100
ST PETERSBURG, FL 33703-6109

RECEIVED

NOV 12 2019

**Subject:** Closure of your credit card account ending in 2480

Balance: $6,751.66
Amount Due: $568.00
Amount Past Due: $340.00

Dear Kelly S Mcmillen:

We want to let you know your credit card account has been closed because past due/overlimit status. To help you prepare for this change, please review the information below.

**About your closed account**

- Please continue to make at least the minimum monthly payment for any outstanding balance. You can pay your balance in full at any time without penalty.
- You can no longer use this account for purchases or cash advances. Safely dispose of any associated cards and SUPERCHECKS℠.
- If you set up automatic bill payments using this card, please cancel or change them to another account.
- Any features attached to this credit card, such as *Wells Fargo Rewards®* or Overdraft Protection, have also been cancelled, and you are no longer eligible to redeem any accumulated rewards.

**Payment options**

If you have not already made arrangements to pay your account current, please pay the $340.00 today in one of the following ways:

- **Visit us online** at www.wellsfargo.com or your mobile device at www.wf.com to make a payment online 24 hours a day, 7 days a week.
- **Call us** at 1-800-988-8019, at the times listed below.
- **By mail:**
  Wells Fargo Card Services
  PO Box 51193
  Los Angeles, CA 90051-5493

I301 03/17



**WELLS FARGO**

Wells Fargo Card Services
PO Box 10347
Des Moines, IA 50306

November 7, 2019

001069 L27EBC11 I301 FDEBC
KELLY S MCMILLEN
C/O LEAVEN LAW
3900 1ST ST N STE 100
ST PETERSBURG,  FL 33703-6109

Asunto: Cierre de su cuenta de tarjeta de crédito que termina en 2480

Saldo: $6,751.66
Monto Adeudado: $568.00
Monto Vencido: $340.00

Estimado(a)  Kelly S Mcmillen:

Queremos informarle que su cuenta de tarjeta de crédito ha sido cerrada debido su estado sobre el
límite/vencido. Para ayudarle a prepararse para este cambio, le pedimos que revise la información que
aparece a continuación.

**Información sobre su cuenta cerrada**

- Continúe realizando al menos el pago mínimo mensual correspondiente a cualquier saldo
  pendiente. Usted puede pagar su saldo total en cualquier momento sin penalidad.
- Usted ya no podrá utilizar esta cuenta para compras ni adelantos en efectivo. Deseche en forma
  segura todas las tarjetas y SUPERCHECKS™ asociados.
- Si usted tiene establecidos pagos automáticos de cuentas utilizando esta tarjeta, deberá cancelarlos
  o trasladarlos a otra cuenta.
- También se han cancelado todas las características vinculadas con esta tarjeta de crédito, tales
  como el Programa de Recompensas *Wells Fargo Rewards®* o la Protección contra Sobregiros, y
  usted ya no es elegible para canjear ninguna recompensa acumulada.

**Opciones de pago**

Si todavía no ha hecho los arreglos para efectuar el pago para poner su cuenta al día, pague hoy mismo el
$340.00 de una de las siguientes maneras:

- **Visite** wellsfargo.com/spanish o desde su dispositivo móvil wf.com (en inglés) para efectuar un
  pago por Internet las 24 horas del día, los 7 días de la semana.
- **Llámenos** al 1-800-988-8019 (marque 9 para para recibir atención en español), en los horarios
  que se indican a continuación.
- **Por correo:**

  Wells Fargo Card Services
  PO Box 51193
  Los Angeles, CA 90051-5493

I301 03/17

# EXHIBIT AA

**From:** Wells Fargo Online <alerts@notify.wellsfargo.com>
**To:** KELLYMAC279 <KELLYMAC279@AOL.COM>
**Subject:** Wells Fargo Transfer Canceled Due to Insufficient Funds
**Date:** Sat, Nov 16, 2019 8:32 pm



wellsfargo.com

## Your transfer was canceled due to insufficient funds

We had to cancel the following transfer between your Wells Fargo accounts because the account you were transferring from did not have sufficient funds:

**Transfer From:**          XXXXXXXXX6441
**Transfer To:**            XXXXXX7914

If you would still like to make this transfer, please verify that sufficient funds are available, and reschedule the transfer.

If this is a recurring transfer, we will complete the future scheduled transfers based on funds availability at the time each transfer is scheduled to occur.

If you have questions, we are available 24 hours a day, 7 days a week at 1-800-956-4442 or by secure email.

Sincerely,

Wells Fargo Online Customer Service

wellsfargo.com | Security Center

**Please do not reply to this email directly.** To ensure a prompt and secure response, sign on to email us.

954849f3-87ad-4bf2-b2a2-01aa8454a228